IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: ) | Case No. 25-30002 | |
| ) | (Chapter 11) | |
| GENERATIONS ON 1ST, LLC ) | | |
| ) | | |
| Debtor ) | | |
| _____) | | |
| ) | | |
| In re: ) | Case No. 25-30003 | |
| ) | (Chapter 11) | |
| PARKSIDE PLACE, LLC ) | | |
| ) | | |
| Debtor ) | | |
| _____) | | |
| ) | | |
| In re: ) | Case No. 25-30004 | |
| ) | (Chapter 11) | |
| THE RUINS, LLC ) | | |
| ) | | |
| Debtor ) | (*Joint Administration Motion Pending*) | |
| _____) | | |

**NOTICE OF APPLICATION TO APPROVE
EMPLOYMENT OF MAURICE B. VERSTANDIG, CHRISTIANNA
CATHCART, AND THE DAKOTA BANKRUPTCY FIRM AS GENERAL
REORGANIZATION COUNSEL TO ABOVE-CAPTIONED DEBTORS**

NOTICE IS HEREBY GIVEN that the above-referenced debtors have filed applications to employ Maurice B. VerStandig, Christianna Cathcart, and The Dakota Bankruptcy Firm as general reorganization counsel. A copy of the application applicable to the debtor in whose case this notice is docketed is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

1

                                    Respectfully submitted,

Dated: January 6, 2025        By:    /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig, Esq.
                                          The Dakota Bankruptcy Firm
                                          1630 1st Avenue N
                                          Suite B PMB 24
                                          Fargo, North Dakota 58102-4246
                                          Phone: (701) 394-3215
                                          mac@dakotabankruptcy.com
                                          *Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                            /s/ Maurice B. VerStandig
                                            Maurice B. VerStandig