STATE OF SOUTH DAKOTA

COUNTY OF CODINGTON

IN CIRCUIT COURT

THIRD JUDICIAL DISTRICT

| | |
|---|---|
| RED RIVER STATE BANK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GENERATIONS ON 1ST, LLC;<br>WATERTOWN DEVELOPMENT<br>COMPANY; MULINDA CRAIG; JESSE<br>CRAIG; AND CODINGTON COUNTY,<br>SOUTH DAKOTA,<br><br>　　　　Defendants. | Case No.:　　14CIV 24-64<br><br><br>**RECEIVER'S SECOND<br>INTERIM REPORT** |

## I.　　INTRODUCTION

HME Companies, LLC, the Court-appointed Receiver ("Receiver") for Generations on

1st, LLC ("Defendant"), hereby files this Second Interim Monthly Operating Report ("Second

Interim Report") to inform the Court, the Plaintiff, and the above-identified Defendants of the

Receiver's activities completed to date, and to provide a summary of the financial and

operational information available to the Receiver at this initial state of the Receivership. This

Second Interim Report:  a) details the activities of the Receiver as of the date of filing of this

Second Interim Report, the cash receipts and disbursements, and the tenant

occupancy/vacancy; and b) covers the time period from November 1, 2024, through November

30, 2024.

The Court entered an Order Appointing Receiver on October 1, 2024 (the "Order").  In

accordance with the Order, the Receiver is required to file with the Court a Monthly Operating

Report that contains financial statements (balance sheet, statements of income and cash flows,

bank statements, aged payables and aged receivables) with the Court and serve copies on both the Plaintiff and the Defendant. *See* Order, ¶ 8.

The information contained herein has been prepared based upon financial and other data obtained from the Defendant's and/or former property manager's books and records and provided to the Receiver from the staff employed by the Defendant and/or former property manager. The Receiver has not subjected the information contained herein to an audit in accordance with generally accepted auditing or attestation standards. Accordingly, the Receiver cannot express an opinion or any other form of assurance on, and assumes no responsibility for, the accuracy or correctness of the historical information or the completeness and achievability of the projected financial data, valuations, information and assessments upon which this Second Interim Report is rendered.

## II.   THE RECEIVER'S ROLE AND RESPONSIBILITIES

The Receiver has been appointed on behalf of all interested parties and not only on behalf of the Plaintiff or Defendant in this action. The Receiver has the power conferred upon the Receiver by the Order Appointing Receiver and the course of practice of the Circuit Court.

## III.   OPERATING THE BUSINESS AFFAIRS OF THE RECEIVERSHIP ENTITY

The Court appointed the Receiver authority to take immediate complete and exclusive control and possession **of Generations on 1st Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof**, commonly referred to as **26 1st Ave SW, Watertown, SD 57201**, and all improvements thereon, including but not limited to the mixed-use residential and commercial commonly known as Generations on 1st, along with rents, profits, and other income of any kind from tenants ("Generations Property") and take any actions deemed necessary to generally operate the business affairs of

the Generations on 1st Property (*See* Order ¶ 3 for a full description of the powers of the Receiver) during the pendency of the Receivership.

## IV.     RECEIVER ACTIVITIES DURING THE REPORTING PERIOD.

During the time period covered by this Second Interim Report, the Receiver reports the following activities:

- See Section VI below re: status of compliance by Plaintiff, Defendant, and former property manager on turning over rents, documents, etc.

- Generated financial reports – see Section V below and included exhibits. Some of the financial reports are not yet available as indicated below

- Performed leasing duties for new tenant applications. As of the end of November, HME received 11 inquiries, completed 2 showings, received 1 application, had 1 move-in, and had 1 move-out. The move-out was an early vacate and will require the collection of a reletting charge. As winter sets in, leasing activity tends to slow down in the Watertown market and HME is determining if any promotions may yield any additional revenue if offered. This decision will be made by the end of the year and most likely would include some form of a rent concession labeled as a "Winter/Holiday Special". Marketing activities also continue to be pushed via Apartments.com and HMEproperties.net.

- Reconciled rent collections from Tenants for the month of November. Total rent collected totaled $62,249.97, of which $910.00 was received electronically by CP Business Management for Unit 3312 and $975.00 was received via check for Unit 2405. CP Business Management provided HME with the check for Unit 2405. The tenants who missed payment (4) have been contacted and will be caught up in December and set up on ACH to avoid these issues in the future. That revenue will be reconciled during the December time period.

- Coordinated security deposit returns for tenants that were moving out. We received the proper security deposit funds from CP Business Management to complete the necessary tenant refunds, however, we still have not received full security deposit funds associated with the Property. This initial request was made to CP Business Management and the Defendants legal team. To keep progress moving, formal action will be taken to obtain the security deposits, and it is HME's goal to have this item resolved by the end of the year.

- Coordinated the payment of insurance premiums. The insurance premium payment of $2,347.45 was made. This amount was for the Property's portion of the overall premium and matched the Property's percentage portion from previous payments.

- Provided Mindy Craig and Mark Schwab, per request as Owner in Possession, with newly executed lease documents, tenant applications, and background information for the Property in order to keep current records.

- Coordinated the payment of all current and past bills from vendors associated with the Property. These include various utility and maintenance bills. Please refer to Exhibit E "Transaction Report" for all payments made to vendors.

- Coordinated 25 maintenance requests for the Property, of which 12 were able to be closed out during the reporting period. Of the 13 remaining requests, 7 are items related to units that were noted in the previous report. The other 6 items have been assigned to a vendor and are a non-emergency request. A brief description of the 7 unit maintenance items are below:

  - Unit 3217 – Sheetrock repair in ceiling due to water leak
  - Unit 3218 – Various maintenance items need to be completed. Appears in an unfinished state. The washer/dryer is unhooked and in the living room.
  - Unit 3302 – The dryer vent needs maintenance to properly vent out of the building.
  - Unit 3314 – Needs replacement of baseboard and door frame trim.
  - Unit 3409 – Needs fresh coat of paint to give uniform look.
  - Unit 3411 – Minor cabinet door adjustments and nail holes to be filled.
  - Unit 3414 – Larger sheetrock repair in ceiling

## V.    FINANCIAL REPORTING

In compliance with the Order, attached hereto as exhibits to this Second Interim Report are the following:

Exhibit A:    Balance Sheet

Add'l Explanation:_____

Exhibit B:    Profit and Loss

Add'l Explanation:_____

Exhibit C:    Statement of Cash Flows

Add'l Explanation:_____

Exhibit D:    Rent Roll

Add'l Explanation:_____

Exhibit E:    Transaction Report

Add'l Explanation:_____

Exhibit F:    Bank Account Reconciliation

Add'l Explanation:_____

Exhibit G:    Vendor Check Register Report

Add'l Explanation:_____

## VI.    COMPLIANCE BY PLAINTIFF, DEFENDANT, AND FORMER PROPERTY MANAGER WITH ORDER

The Order requires Plaintiff, Defendant, and the former property manager, CP Business Management, Inc., to fully cooperate with the receiver including turning over the information, documents, etc. identified below. The following indicates if the Plaintiff, Defendant, and/or former property manager have complied with the Order:

1.  Turn over Tenant rents to Receiver (date turned over, amount, etc.):

    a.  Plaintiff: In Compliance

    b.  Defendant: NA

    c.  CP Bus. Mgmt: Not in Compliance

    d.  Add'l Explanation: Formal action to obtain rents collected will begin to be in compliance with the items outlined in the Court Order.

2.  Turn over Tenant security deposits to Receiver (date turned over, amount, etc.):

    a.   Plaintiff: NA (Plaintiff did not hold security deposit accounts)

    b.   Defendant: NA (Working through CP Business Management)

    c.   CP Bus. Mgmt: Not in Compliance

    d.   Add'l Explanation: Received required funds to complete necessary refunds but have not received access to all security deposit funds for the Property. An initial request was made to CP Business Management, the Defendant's legal team, and the Plaintiff's legal team on October 14, 2024. A response was received by the Plaintiff's legal team but not by the Defendant's legal team. Formal action to obtain security deposits will begin to be in compliance with the items outlined in the Court Order.

3.  Other Documentation, etc.:

    a.   Current Rent Roll: Provided in a Timely Manner by All Parties

    b.   Security Deposit log for all Tenants: Provided in a Timely Manner by All Parties

    c.   Tenant Applications: Provided in a Timely Manner by All Parties

    d.   Tenant contact information: Provided in a Timely Manner by All Parties

    e.   Commercial lease information: Provided in a Timely Manner by All Parties

    f.   Facility floor plans and architectural drawings: Provided in a Timely Manner by All Parties

    g.   Current vendor contact information: Provided in a Timely Manner by All Parties

    h.   Current list of furniture, fixtures and equipment (FFE): Provided in a Timely Manner by All Parties

    i.   List of current programmed entry codes for doors: Provided in a Timely Manner by All Parties

j.   List of any lockbox codes: Provided in a Timely Manner by All Parties

k.  Copies of all keys: Provided in a Timely Manner by All Parties

l.   Access to Tenant rent payment histories: Provided in a Timely Manner by All Parties

## VII.    RECEIVERSHIP CHARGES.

The Receiver reports that during the month of November 2024, the Receiver was paid $4,620.00 plus applicable sales tax.


Dated this 11th day of December, 2024.

HME Companies, LLC

By: _____
       Name

Its: _____
       Title

# Generations on 1st, LLC

## Balance Sheet

### As of November 30, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| BANK ACCOUNTS | |
| 1020 Dacotah Bank Operations | 325,667.25 |
| 1030 Dacotah Bank Security Deposit | 4,675.00 |
| **Total BANK ACCOUNTS** | 330,342.25 |
| **Total Bank Accounts** | $330,342.25 |
| **Total Current Assets** | $330,342.25 |
| **TOTAL ASSETS** | $330,342.25 |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2200 Accounts Payable (A/P) | 16,670.65 |
| **Total Accounts Payable** | $16,670.65 |
| Credit Cards | |
| Dacotah Bank | 252.61 |
| **Total Credit Cards** | $252.61 |
| Other Current Liabilities | |
| OTHER CURRENT LIABILITIES | |
| 2520 Security Deposits | 3,750.00 |
| 2525 Due to HME | 0.00 |
| 2910 Deferred Income | 30.00 |
| **Total OTHER CURRENT LIABILITIES** | 3,780.00 |
| **Total Other Current Liabilities** | $3,780.00 |
| **Total Current Liabilities** | $20,703.26 |
| **Total Liabilities** | $20,703.26 |
| Equity | |
| 3000 Opening Balance Equity | 0.00 |
| Retained Earnings | |
| Net Income | 309,638.99 |
| **Total Equity** | $309,638.99 |
| **TOTAL LIABILITIES AND EQUITY** | $330,342.25 |

# Generations on 1st, LLC

### Profit and Loss

November 2024

|  | TOTAL | |
|---|---|---|
|  | NOV 2024 | JAN - NOV, 2024 (YTD) |
| **Income** | | |
| 4515 Rental Income | 58,504.73 | 446,284.84 |
| 4565 Garage Rent | 2,575.00 | 2,575.00 |
| 4575 Late Fees | 110.00 | 110.00 |
| 4580 Renter's Insurance Charge | 12.00 | 12.00 |
| 4610 NSF Fees | 40.00 | 40.00 |
| 4620 Miscellaneous Income | 98.24 | 98.24 |
| **Total Income** | **$61,339.97** | **$449,120.08** |
| **Expenses** | | |
| ADMINISTRATIVE EXPENSES | | |
| 6000 Advertising | | 350.00 |
| 6127 Office Supplies | 178.99 | 178.99 |
| 6144 Licensing and Permits | 140.00 | 140.00 |
| **Total ADMINISTRATIVE EXPENSES** | **318.99** | **668.99** |
| GENERAL EXPENSES | | |
| 6030 Property Insurance | | 7,036.58 |
| 6142 Property Tax Expense | | 83,544.31 |
| **Total GENERAL EXPENSES** | | **90,580.89** |
| MAINTENANCE EXPENSES | | |
| 6055 Fire and Safety | | 1,040.25 |
| 6058 Snow Removal | 185.85 | 185.85 |
| 6059 Ground Maintenance | | 37.17 |
| 6107 Miscellaneous Maintenance | 1,098.31 | 2,908.29 |
| 6108 Elevator Agreement | 461.43 | 461.43 |
| 6204 Janitorial | 743.40 | 4,350.24 |
| **Total MAINTENANCE EXPENSES** | **2,488.99** | **8,983.23** |
| PROFESSIONAL FEE EXPENSE | | |
| 6095 Management Fees | 14,617.47 | 25,411.64 |
| **Total PROFESSIONAL FEE EXPENSE** | **14,617.47** | **25,411.64** |
| UTILITES EXPENSES | | |
| 6174 Electricity | | |
| 6174a Facility - Electric | 804.88 | 1,771.65 |
| 6174c Resident - Electric | 174.87 | 1,108.82 |
| **Total 6174 Electricity** | **979.75** | **2,880.47** |
| 6175 Garbage | 193.81 | 581.43 |
| 6176 Gas (Heat) | 411.76 | 1,058.83 |
| 6177 Water | 623.86 | 1,960.81 |

# Generations on 1st, LLC

### Profit and Loss

November 2024

| | TOTAL | |
|---|---|---|
| | NOV 2024 | JAN - NOV, 2024 (YTD) |
| 6178 Sewer | 2,451.60 | 7,354.80 |
| **Total UTILITES EXPENSES** | **4,660.78** | **13,836.34** |
| **Total Expenses** | **$22,086.23** | **$139,481.09** |
| NET OPERATING INCOME | **$39,253.74** | **$309,638.99** |
| NET INCOME | **$39,253.74** | **$309,638.99** |

# Generations on 1st, LLC

### Profit and Loss

January - November, 2024

|  | TOTAL |
|---|---|
| Income |  |
| 4515 Rental Income | 446,284.84 |
| 4565 Garage Rent | 2,575.00 |
| 4575 Late Fees | 110.00 |
| 4580 Renter's Insurance Charge | 12.00 |
| 4610 NSF Fees | 40.00 |
| 4620 Miscellaneous Income | 98.24 |
| **Total Income** | **$449,120.08** |
| Expenses |  |
| ADMINISTRATIVE EXPENSES |  |
| 6000 Advertising | 350.00 |
| 6127 Office Supplies | 178.99 |
| 6144 Licensing and Permits | 140.00 |
| **Total ADMINISTRATIVE EXPENSES** | **668.99** |
| GENERAL EXPENSES |  |
| 6030 Property Insurance | 7,036.58 |
| 6142 Property Tax Expense | 83,544.31 |
| **Total GENERAL EXPENSES** | **90,580.89** |
| MAINTENANCE EXPENSES |  |
| 6055 Fire and Safety | 1,040.25 |
| 6058 Snow Removal | 185.85 |
| 6059 Ground Maintenance | 37.17 |
| 6107 Miscellaneous Maintenance | 2,908.29 |
| 6108 Elevator Agreement | 461.43 |
| 6204 Janitorial | 4,350.24 |
| **Total MAINTENANCE EXPENSES** | **8,983.23** |
| PROFESSIONAL FEE EXPENSE |  |
| 6095 Management Fees | 25,411.64 |
| **Total PROFESSIONAL FEE EXPENSE** | **25,411.64** |
| UTILITES EXPENSES |  |
| 6174 Electricity |  |
| 6174a Facility - Electric | 1,771.65 |
| 6174c Resident - Electric | 1,108.82 |
| **Total 6174 Electricity** | **2,880.47** |
| 6175 Garbage | 581.43 |
| 6176 Gas (Heat) | 1,058.83 |
| 6177 Water | 1,960.81 |
| 6178 Sewer | 7,354.80 |
| **Total UTILITES EXPENSES** | **13,836.34** |
| **Total Expenses** | **$139,481.09** |
| **NET OPERATING INCOME** | **$309,638.99** |
| **NET INCOME** | **$309,638.99** |

# Generations on 1st, LLC

## Statement of Cash Flows

### January - November, 2024

|  | TOTAL |
|---|---|
| OPERATING ACTIVITIES |  |
| Net Income | 309,638.99 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| 2200 Accounts Payable (A/P) | 16,670.65 |
| Dacotah Bank | 252.61 |
| 2520 OTHER CURRENT LIABILITIES:Security Deposits | 3,750.00 |
| 2525 OTHER CURRENT LIABILITIES:Due to HME | 0.00 |
| 2910 OTHER CURRENT LIABILITIES:Deferred Income | 30.00 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | 20,703.26 |
| Net cash provided by operating activities | $330,342.25 |
| FINANCING ACTIVITIES |  |
| 3000 Opening Balance Equity | 0.00 |
| Net cash provided by financing activities | $0.00 |
| NET CASH INCREASE FOR PERIOD | $330,342.25 |
| CASH AT END OF PERIOD | $330,342.25 |

**Tony version - Generations On 1st Rent Roll**

**Property Groups:** Generations On 1st

**Units:** Active

**As of:** 11/30/2024

**Include Non-Revenue Units:** No

| Unit | Tenant | Unit Type | BD/BA | Status | Move-out | Lease To | Market Rent |
|------|--------|-----------|-------|--------|----------|----------|-------------|
| Gen 101 - Ground Level Space | Generations On 1st - 26 1st Ave SW Watertown, SD 57201 | | | | | | |
| | Watertown Senior Activities Center | | –/– | Current | | 06/30/2121 | |
| 3201 | Renee Hanlon | | 2/2.00 | Current | | 03/01/2025 | 1,475.00 |
| 3202 | Judy Zirbel | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3203 | Sheila Kammerer | | 1/1.00 | Current | | | 985.00 |
| 3204 | Phyllis Jackson | | 1/1.00 | Current | | 04/30/2025 | 1,010.00 |
| 3205 | Helga Myers | | 1/1.00 | Current | | | 985.00 |
| 3206 | Casey Kirley | | 1/1.00 | Current | | | 985.00 |
| 3207 | Lois Stadheim | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3208 | Cole Donald | | 1/1.00 | Current | | 06/30/2025 | 985.00 |
| 3209 | Joni Dykstra | | 1/1.00 | Current | | 05/31/2025 | 985.00 |
| 3210 | Marilyn Boik | | 2/2.00 | Current | | | 1,475.00 |
| 3211 | | | 2/2.00 | Vacant-Unrented | | | 1,375.00 |
| 3212 | | | 1/1.00 | Vacant-Unrented | | | 980.00 |
| 3213 | Allison Foote | | 1/1.00 | Current | | 07/31/2025 | 1,010.00 |
| 3214 | Jordan Nierman | | 1/1.00 | Current | | 05/31/2025 | 985.00 |
| 3215 | Verna Olson | | 1/1.00 | Notice-Unrented | 01/31/2025 | | 1,010.00 |
| 3216 | Lew F. Knapp | | 1/1.00 | Current | | 10/31/2025 | 1,010.00 |
| 3217 | | | 1/1.00 | Vacant-Unrented | | | 980.00 |
| 3218 | | | 1/1.00 | Vacant-Unrented | | | 980.00 |
| 3301 | Barbara Goens | | 2/2.00 | Current | | 09/30/2025 | 1,475.00 |
| 3302 | | | 1/1.00 | Vacant-Unrented | | | 980.00 |
| 3303 | Reagan Crandall | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3304 | Steven Rosbach | | 1/1.00 | Current | | 07/31/2025 | 985.00 |
| 3305 | Brianna Pederson | | 1/1.00 | Current | | 07/31/2025 | 985.00 |
| 3306 | Lucas Simon | | 1/1.00 | Current | | | 985.00 |
| 3307 | Orley Wangsness | | 1/1.00 | Current | | 09/30/2025 | 985.00 |
| 3308 | Kyle Wisseman | | 1/1.00 | Notice-Unrented | 01/31/2025 | | 985.00 |
| 3309 | Keegan Schelle | | 1/1.00 | Current | | | 985.00 |
| 3310 | Alexis Burbach | | 2/2.00 | Current | | | 1,475.00 |

## Tony version - Generations On 1st Rent Roll

| Unit | Tenant | Unit Type | BD/BA | Status | Move-out | Lease To | Market Rent |
|------|--------|-----------|-------|--------|----------|-----------|-------------|
| 3311 | Barbara Wegman | | 2/2.00 | Current | | 06/30/2025 | 1,375.00 |
| 3312 | Tha Dah Htoo | | 1/1.00 | Current | | 07/31/2025 | 985.00 |
| 3313 | Clayton Alban | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3314 | | | 1/1.00 | Vacant-Unrented | | | 980.00 |
| 3315 | Allyssa M. Kirchberg | | 1/1.00 | Current | | 10/27/2025 | 985.00 |
| 3316 | Blake T. Theisen | | 1/1.00 | Current | | 04/30/2025 | 985.00 |
| 3317 | Paige Hall | | 1/1.00 | Current | | 09/30/2025 | 985.00 |
| 3318 | Alexis Willet | | 1/1.00 | Current | | 06/30/2025 | 985.00 |
| 3401 | Lorna Harstad | | 2/2.00 | Current | | | 1,375.00 |
| 3402 | Selmer Hatlestad | | 1/1.00 | Current | | | 985.00 |
| 3403 | Allie Weiss | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3404 | Jesse Heer | | 1/1.00 | Current | | 05/31/2025 | 985.00 |
| 3405 | Dawson Treeby | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3406 | | | 1/1.00 | Vacant-Unrented | | | 980.00 |
| 3407 | Cynthia Wells | | 1/1.00 | Current | | 10/31/2025 | 985.00 |
| 3408 | LaVerna Coyle | | 1/1.00 | Current | | | 985.00 |
| 3409 | | | 1/1.00 | Vacant-Unrented | | | 980.00 |
| 3410 | Karen Jensen | | 2/2.00 | Current | | 02/28/2025 | 1,475.00 |
| 3411 | | | 2/2.00 | Vacant-Unrented | | | 1,375.00 |
| 3412 | Dionne Zwieg | | 1/1.00 | Current | | | 985.00 |
| 3413 | Daryl Tapio | | 1/1.00 | Current | | | 985.00 |
| 3414 | Nick Kasten | | 1/1.00 | Current | | 11/30/2025 | 985.00 |
| 3415 | Saylor D. Hallstrom | | 1/1.00 | Current | | 10/24/2025 | 985.00 |
| 3416 | Jacobe Tramp | | 1/1.00 | Current | | 02/28/2025 | 985.00 |
| 3417 | Piper Naughton | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3418 | Marissa Rober | | 1/1.00 | Current | | 09/30/2025 | 985.00 |
| 3501 | Charles Olson | | 2/2.00 | Current | | | 1,375.00 |
| 3502 | Ethaniel Wellnitz | | 1/1.00 | Current | | 04/30/2025 | 1,085.00 |
| 3503 | Willow Seurer | | 1/1.00 | Current | | 05/31/2025 | 965.00 |
| 3504 | Ray Bradberry | | 1/1.00 | Current | | | 965.00 |
| 3505 | John Timmons | | 1/1.00 | Current | | | 935.00 |
| 3506 | Lynelle Herstedt | | 1/1.00 | Current | | | 985.00 |
| 3507 | CP Business Management | | 1/1.00 | Current | | | 985.00 |
| 3508 | Nicholas Petersen | | 1/1.00 | Current | | 07/31/2025 | 965.00 |

## Tony version - Generations On 1st Rent Roll

| Unit | Tenant | Unit Type | BD/BA | Status | Move-out | Lease To | Market Rent |
|------|--------|-----------|-------|--------|----------|----------|-------------|
| 3509 | Madison Premus | | 1/1.00 | Current | | | 1,010.00 |
| 3510 | Sierra Overshiner | | 2/2.00 | Current | | 12/31/2024 | 1,475.00 |
| 3511 | | | 2/2.00 | Vacant-Unrented | | | 1,395.00 |
| 3512 | Hali Anderson | | 1/1.00 | Current | | 09/30/2025 | 985.00 |
| 3513 | Addison Rassel | | 1/1.00 | Current | | 06/30/2025 | 985.00 |
| 3514 | | | 1/1.00 | Vacant-Unrented | | | 985.00 |
| 3515 | Zihui Gong | | 1/1.00 | Current | | 05/31/2025 | 985.00 |
| 3516 | Joshua Escamilla | | 1/1.00 | Current | | | 985.00 |
| 3517 | Mason McDonald | | 1/1.00 | Current | | | 985.00 |
| 3518 | Steven Almquist | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 73 Units | | | | 84.9% Occupied | | | 76,300.00 |
| | | | | | | | |
| Total 73 Units | | | | 84.9% Occupied | | | 76,300.00 |

## Generations on 1st, LLC

### Transaction Report

November 2024

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| **BANK ACCOUNTS** | | | | | | |
| Dacotah Bank Operations | | | | | | |
| Beginning Balance | | | | | | 288,506.20 |
| 11/01/2024 | Deposit | | | DDA ACH DEPOSIT Regions Bank EPS DDA ACH DEPOSIT Regions Bank EPS Net Settle HME Compan | 1,217.10 | 289,723.30 |
| 11/04/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 2,835.00 | 292,558.30 |
| 11/04/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 4,430.00 | 296,988.30 |
| 11/05/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 2,709.63 | 299,697.93 |
| 11/05/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 12,940.23 | 312,638.16 |
| 11/06/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 1,500.00 | 314,138.16 |
| 11/06/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 4,248.50 | 318,386.66 |
| 11/07/2024 | Bill Payment (Check) | 6005 | Watertown Municipal Utilities | | -4,181.39 | 314,205.27 |
| 11/07/2024 | Bill Payment (Check) | 6006 | 3D Floor Plans, LLC | | -350.00 | 313,855.27 |
| 11/07/2024 | Bill Payment (Check) | 6004 | Justice Fire & Safety | | -336.65 | 313,518.62 |
| 11/07/2024 | Bill Payment (Check) | 6007 | Automatic Building Controls | | -318.60 | 313,200.02 |
| 11/07/2024 | Bill Payment (Check) | 6008 | Locksmith and More LLC | | -122.13 | 313,077.89 |
| 11/07/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 925.00 | 314,002.89 |
| 11/07/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 4,135.00 | 318,137.89 |
| 11/08/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 2,353.50 | 320,491.39 |
| 11/08/2024 | Deposit | | | | 17,345.00 | 337,836.39 |
| 11/12/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 1,090.00 | 338,926.39 |
| 11/13/2024 | Deposit | | | | 2,175.00 | 341,101.39 |
| 11/14/2024 | Bill Payment (Check) | 6009 | HME Companies, LLC | | -14,617.47 | 326,483.92 |
| 11/14/2024 | Bill Payment (Check) | 6011 | White Glove Cleaning | | -527.04 | 325,956.88 |
| 11/14/2024 | Bill Payment (Check) | 6010 | Schumacher Elevator Company | | -461.43 | 325,495.45 |
| 11/14/2024 | Bill Payment (Check) | 6012 | Xtreme Garage Door & Gutters | | -387.05 | 325,108.40 |
| 11/19/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 1,060.00 | 326,168.40 |
| 11/20/2024 | Bill Payment (Check) | 6014 | White Glove Cleaning | | -743.40 | 325,425.00 |
| 11/20/2024 | Bill Payment (Check) | 6013 | South Dakota Department of Public Safety | | -140.00 | 325,285.00 |
| 11/20/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 985.00 | 326,270.00 |
| 11/20/2024 | Deposit | | | | 1,555.00 | 327,825.00 |
| 11/21/2024 | Check | 6015 | Jesse Heer | | -2,010.00 | 325,815.00 |
| 11/22/2024 | Deposit | | | | 925.00 | 326,740.00 |
| 11/22/2024 | Deposit | | | | 1,550.00 | 328,290.00 |
| 11/26/2024 | Check | 6016 | Christian Hall | | -392.14 | 327,897.86 |
| 11/27/2024 | Check | 6023 | Gene Peterson | | -906.74 | 326,991.12 |
| 11/27/2024 | Bill Payment (Check) | 6018 | Dakota Clean LLC | | -318.60 | 326,672.52 |
| 11/27/2024 | Bill Payment (Check) | 6022 | White Glove Cleaning | | -292.14 | 326,380.38 |
| 11/27/2024 | Bill Payment (Check) | 6019 | George's Sanitation, Inc. | | -193.81 | 326,186.57 |
| 11/27/2024 | Bill Payment (Check) | 6020 | Seth's Scapes LLC | | -185.85 | 326,000.72 |
| 11/27/2024 | Bill Payment (Check) | 6021 | Watertown Municipal Utilities | | -228.69 | 325,772.03 |

## Generations on 1st, LLC

### Transaction Report

#### November 2024

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|--------|---------|
| | (Check) | | | | | |
| 11/27/2024 | Expense | | | DDA ACH WITHDRAWAL HARLAND CLARK DDA ACH WITHDRAWAL HARLAND CLARKE CHK ORDERS HME COMPA | -104.78 | 325,667.25 |
| **Total for Dacotah Bank Operations** | | | | | **$37,161.05** | |
| **Total for BANK ACCOUNTS** | | | | | **$37,161.05** | |
| **TOTAL** | | | | | **$37,161.05** | |

Generations on 1st, LLC

**1020 Dacotah Bank Operations, Period Ending 11/30/2024**

**RECONCILIATION REPORT**

Reconciled on: 12/02/2024

Reconciled by: Tracey Mahlstedt

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 377,700.81 |
| Checks and payments cleared (18) | -110,741.15 |
| Deposits and other credits cleared (18) | 63,978.96 |
| Statement ending balance | 330,938.62 |
| | |
| Uncleared transactions as of 11/30/2024 | -5,271.37 |
| Register balance as of 11/30/2024 | 325,667.25 |

**Details**

Checks and payments cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/25/2024 | Bill Payment | 3 | Trugreen | -37.17 |
| 10/25/2024 | Bill Payment | 5 | George's Sanitation, Inc. | -193.81 |
| 10/25/2024 | Bill Payment | 6 | Watertown Municipal Utilities | -4,606.55 |
| 10/25/2024 | Bill Payment | 8 | Codington Co Treasurer | -83,544.31 |
| 10/31/2024 | Bill Payment | 6001 | Cannon Electric, LLC | -520.72 |
| 10/31/2024 | Bill Payment | 6002 | George's Sanitation, Inc. | -193.81 |
| 10/31/2024 | Bill Payment | 6003 | Locksmith and More LLC | -98.24 |
| 11/07/2024 | Bill Payment | 6005 | Watertown Municipal Utilities | -4,181.39 |
| 11/07/2024 | Bill Payment | 6008 | Locksmith and More LLC | -122.13 |
| 11/07/2024 | Bill Payment | 6007 | Automatic Building Controls | -318.60 |
| 11/07/2024 | Bill Payment | 6006 | 3D Floor Plans, LLC | -350.00 |
| 11/07/2024 | Bill Payment | 6004 | Justice Fire & Safety | -336.65 |
| 11/14/2024 | Bill Payment | 6011 | White Glove Cleaning | -527.04 |
| 11/14/2024 | Bill Payment | 6009 | HME Companies, LLC | -14,617.47 |
| 11/14/2024 | Bill Payment | 6010 | Schumacher Elevator Company | -461.43 |
| 11/14/2024 | Bill Payment | 6012 | Xtreme Garage Door & Gutters | -387.05 |
| 11/20/2024 | Bill Payment | 6013 | South Dakota Department of … | -140.00 |
| 11/27/2024 | Expense | | | -104.78 |

Total

-110,741.15

Deposits and other credits cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/01/2024 | Deposit | | | 1,217.10 |
| 11/04/2024 | Deposit | | | 2,835.00 |
| 11/04/2024 | Deposit | | | 4,430.00 |
| 11/05/2024 | Deposit | | | 12,940.23 |
| 11/05/2024 | Deposit | | | 2,709.63 |
| 11/06/2024 | Deposit | | | 1,500.00 |
| 11/06/2024 | Deposit | | | 4,248.50 |
| 11/07/2024 | Deposit | | | 925.00 |
| 11/07/2024 | Deposit | | | 4,135.00 |
| 11/08/2024 | Deposit | | | 2,353.50 |
| 11/08/2024 | Deposit | | | 17,345.00 |
| 11/12/2024 | Deposit | | | 1,090.00 |
| 11/13/2024 | Deposit | | | 2,175.00 |
| 11/19/2024 | Deposit | | | 1,060.00 |
| 11/20/2024 | Deposit | | | 985.00 |
| 11/20/2024 | Deposit | | | 1,555.00 |
| 11/22/2024 | Deposit | | | 1,550.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 11/22/2024 | Deposit | | | 925.00 |
| Total | | | | 63,978.96 |

**Additional Information**

Uncleared checks and payments as of 11/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 11/20/2024 | Bill Payment | 6014 | White Glove Cleaning | -743.40 |
| 11/21/2024 | Check | 6015 | Jesse Heer | -2,010.00 |
| 11/26/2024 | Check | 6016 | Christian Hall | -392.14 |
| 11/27/2024 | Bill Payment | 6018 | Dakota Clean LLC | -318.60 |
| 11/27/2024 | Bill Payment | 6019 | George's Sanitation, Inc. | -193.81 |
| 11/27/2024 | Bill Payment | 6020 | Seth's Scapes LLC | -185.85 |
| 11/27/2024 | Bill Payment | 6022 | White Glove Cleaning | -292.14 |
| 11/27/2024 | Bill Payment | 6021 | Watertown Municipal Utilities | -228.69 |
| 11/27/2024 | Check | 6023 | Gene Peterson | -906.74 |
| Total | | | | -5,271.37 |

Generations on 1st, LLC

**1030 Dacotah Bank Security Deposit, Period Ending 11/30/2024**

**RECONCILIATION REPORT**

Reconciled on: 12/02/2024

Reconciled by: Tracey Mahlstedt

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                   USD

Statement beginning balance ............................................................................................ 3,175.00
Checks and payments cleared (0) ...................................................................................... 0.00
Deposits and other credits cleared (2) ............................................................................. 1,500.00
Statement ending balance ................................................................................................ 4,675.00

Register balance as of 11/30/2024 ................................................................................... 4,675.00

**Details**

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 11/04/2024 | Deposit | | | 750.00 |
| 11/05/2024 | Deposit | | | 750.00 |
| Total | | | | 1,500.00 |

# Generations on 1st, LLC

### Check Detail Report

November 1-30, 2024

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLEARED | AMOUNT |
|------|------------------|-----|------|------------------|---------|--------|
| 1020 Dacotah Bank Operations | | | | | | |
| 93 | | | | | | |
| 11/07/2024 | Bill Payment (Check) | 6004 | Justice Fire & Safety | | Reconciled | -$336.65 |
| 11/07/2024 | Bill Payment (Check) | 6004 | Justice Fire & Safety | | | -$336.65 |
| 94 | | | | | | |
| 11/07/2024 | Bill Payment (Check) | 6005 | Watertown Municipal Utilities | | Reconciled | -$4,181.39 |
| 11/07/2024 | Bill Payment (Check) | 6005 | Watertown Municipal Utilities | | | -$4,181.39 |
| 95 | | | | | | |
| 11/07/2024 | Bill Payment (Check) | 6006 | 3D Floor Plans, LLC | | Reconciled | -$350.00 |
| 11/07/2024 | Bill Payment (Check) | 6006 | 3D Floor Plans, LLC | | | -$350.00 |
| 96 | | | | | | |
| 11/07/2024 | Bill Payment (Check) | 6007 | Automatic Building Controls | | Reconciled | -$318.60 |
| 11/07/2024 | Bill Payment (Check) | 6007 | Automatic Building Controls | | | -$318.60 |
| 97 | | | | | | |
| 11/07/2024 | Bill Payment (Check) | 6008 | Locksmith and More LLC | | Reconciled | -$122.13 |
| 11/07/2024 | Bill Payment (Check) | 6008 | Locksmith and More LLC | | | -$122.13 |
| 129 | | | | | | |
| 11/14/2024 | Bill Payment (Check) | 6009 | HME Companies, LLC | | Reconciled | -$14,617.47 |
| 11/14/2024 | Bill Payment (Check) | 6009 | HME Companies, LLC | | | -$14,617.47 |
| 130 | | | | | | |
| 11/14/2024 | Bill Payment (Check) | 6010 | Schumacher Elevator Company | | Reconciled | -$461.43 |
| 11/14/2024 | Bill Payment (Check) | 6010 | Schumacher Elevator Company | | | -$461.43 |
| 131 | | | | | | |
| 11/14/2024 | Bill Payment (Check) | 6011 | White Glove Cleaning | | Reconciled | -$527.04 |
| 11/14/2024 | Bill Payment (Check) | 6011 | White Glove Cleaning | | | -$527.04 |
| 132 | | | | | | |
| 11/14/2024 | Bill Payment (Check) | 6012 | Xtreme Garage Door & Gutters | | Reconciled | -$387.05 |
| 11/14/2024 | Bill Payment (Check) | 6012 | Xtreme Garage Door & Gutters | | | -$387.05 |
| 137 | | | | | | |
| 11/20/2024 | Bill Payment (Check) | 6013 | South Dakota Department of Public Safety | | Reconciled | -$140.00 |
| 11/20/2024 | Bill Payment (Check) | 6013 | South Dakota Department of Public Safety | | | -$140.00 |
| 138 | | | | | | |
| 11/20/2024 | Bill Payment (Check) | 6014 | White Glove Cleaning | | Cleared | -$743.40 |
| 11/20/2024 | Bill Payment (Check) | 6014 | White Glove Cleaning | | | -$743.40 |
| 136 | | | | | | |
| 11/21/2024 | Check | 6015 | Jesse Heer | | Cleared | -$2,010.00 |
| 11/21/2024 | Check | 6015 | Jesse Heer | Overpayment on account | Uncleared | -$2,010.00 |
| 150 | | | | | | |
| 11/26/2024 | Check | 6016 | Christian Hall | | Uncleared | -$392.14 |
| 11/26/2024 | Check | 6016 | Christian Hall | | Uncleared | -$392.14 |
| 141 | | | | | | |
| 11/27/2024 | Check | 6023 | Gene Peterson | | Cleared | -$906.74 |
| 11/27/2024 | Check | 6023 | Gene Peterson | | Uncleared | -$906.74 |
| 155 | | | | | | |
| 11/27/2024 | Bill Payment (Check) | 6018 | Dakota Clean LLC | | Cleared | -$318.60 |
| 11/27/2024 | Bill Payment (Check) | 6018 | Dakota Clean LLC | | | -$318.60 |
| 156 | | | | | | |
| 11/27/2024 | Bill Payment (Check) | 6019 | George's Sanitation, Inc. | | Cleared | -$193.81 |
| 11/27/2024 | Bill Payment (Check) | 6019 | George's Sanitation, Inc. | | | -$193.81 |
| 157 | | | | | | |
| 11/27/2024 | Bill Payment (Check) | 6020 | Seth's Scapes LLC | | Cleared | -$185.85 |
| 11/27/2024 | Bill Payment (Check) | 6020 | Seth's Scapes LLC | | | -$185.85 |
| 158 | | | | | | |
| 11/27/2024 | Bill Payment (Check) | 6021 | Watertown Municipal Utilities | | Uncleared | -$228.69 |
| 11/27/2024 | Bill Payment (Check) | 6021 | Watertown Municipal Utilities | | | -$228.69 |
| 159 | | | | | | |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLEARED | AMOUNT |
|------|-----------------|-----|------|-----------------|---------|--------|
| 11/27/2024 | Bill Payment (Check) | 6022 | White Glove Cleaning | | Cleared | -$292.14 |
| 11/27/2024 160 | Bill Payment (Check) | 6022 | White Glove Cleaning | | | -$292.14 |
| 11/27/2024 | Expense | | | DDA ACH WITHDRAWAL HARLAND CLARK DDA ACH WITHDRAWAL HARLAND CLARKE CHK ORDERS HME COMPA | Reconciled | -$104.78 |
| 11/27/2024 | Expense | | | DDA ACH WITHDRAWAL HARLAND CLARK DDA ACH WITHDRAWAL HARLAND CLARKE CHK ORDERS HME COMPA | | $104.78 |