IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ ) | | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ ) | | |
| | ) | |
| In re: | ) | Case No. 25-30004 |
| | ) | (Chapter 11) |
| THE RUINS, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ ) | | (*Joint Administration Motion Pending*) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Wednesday, January 8, 2025, I tendered this Honorable

Court's Order Granting Motion to Expedite Hearing on First Day Motions (the "Order," being DE

#12 in The Ruins, LLC matter and DE #15 in the Generations on 1st, LLC and Parkside Place,

LLC matters) to a third party mailing vendor and that the Order was thereafter served, on January

10, 2025,[1] via first class mail, postage prepaid, to all parties on the attached mailing matrix (with

---

[1] In recognition of the passing of President Carter, January 9, 2025 was designated a "National Day of Mourning throughout the United States." Proclamation Announcing the Death of James Earl Carter, Jr. (Dec. 29, 2024) (available online at https://www.whitehouse.gov/briefing-room/presidential-actions/2024/12/29/proclamation-announcing-the-death-of-james-earl-carter-jr/). It appears the United States Postal Service accordingly observed January 9, 2025 as a holiday, hence a document being tendered on January 8, 2025 but not actually mailed until January 10, 2025.

1

the mailing matrix appended to this certificate being the mailing matrix correlative to service in

the case in which this certificate is filed).

Respectfully Submitted,

Dated: January 11, 2025                    By:    /s/ Maurice B. VerStandig
                                                  Maurice B. VerStandig, Esq.
                                                  The Dakota Bankruptcy Firm
                                                  1630 1st Avenue N
                                                  Suite B PMB 24
                                                  Fargo, North Dakota 58102-4246
                                                  Phone: (701) 394-3215
                                                  mac@dakotabankruptcy.com
                                                  *Proposed Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of January, 2025, a copy of the foregoing was

served electronically upon filing via the ECF system.

                                                  /s/ Maurice B. VerStandig
                                                  Maurice B. VerStandig

2
