```
USPS FIRST CLASS MAILING RECIPIENTS                                                      Served via First Class USPS Mail Service.
Parties with names struck through or labeled CM/ECF SERVICE are not Served via First Class USPS Mail Service.

CASE INFO                              DEBTOR
  LABEL MATRIX FOR LOCAL NOTICING      PARKSIDE PLACE LLC                  RED RIVER STATE BANK
  NCRS ADDRESS DOWNLOAD                10 N BROADWAY                       ATTN  CAREN W STANLEY
  CASE 25-30003                        102                                 VOGEL  LAW FIRM
  DISTRICT OF NORTH DAKOTA             WATERTOWN   SD 57201-3627           PO BOX 1389
  FRI JAN 10 6-55-22 PST 2025                                              FARGO  ND 58107-1389


EXCLUDE
US BANKRUPTCY COURT                    ALLYSON HOLDEN                      ANDREW BOT   JACQUELYNN MOON
655 1ST AVENUE NORTH  SUITE 210        8 2ND STREET   NE                   8 2ND STREET   NE
FARGO  ND 58102-4932                   UNIT 2401                           UNIT 2307
                                       WATERTOWN   SD 57201-3795           WATERTOWN   SD 57201-3795




ANDY NGUYEN   CAROLLEE LABRISE         AUTOMATIC BUILDING CONTROLS   INC   BENJAMIN WAGNER
8 2ND STREET   NE                      4300 W 61ST ST N                    8 2ND STREET   NE
UNIT 2410                              SIOUX FALLS   SD 57107-6474         UNIT 2412
WATERTOWN   SD 57201-3796                                                  WATERTOWN   SD 57201-3796




BLACKTAIL INVESTMENTS   LLC            BRANDON BROWN                       CP BUSINESS MANAGEMENT   INC
PO BOX 628                             8 2ND STREET   NE                   1401 1ST AVE N
FARGO  ND 58107-0628                   UNIT 2404                           B
                                       WATERTOWN   SD 57201-3796           FARGO  ND 58102-4203




CAREN STANLEY   ESQ                    CHANDLER PEERY                      CLARITY TELECOM   LLC
VOGEL LAW FIRM                         8 2ND STREET   NE                   DBA BLUEPEAK FIBER
218 NP AVENUE                          UNIT 2304                           7979 E TUFTS AVE SUITE 850
FARGO  ND 58102-4834                   WATERTOWN   SD 57201-3795           DENVER   CO 80237-2845




CODINGTON COUNTY TREASURERS OFFICE     COLE WEGNER                         DAKOTA CLEAN   LLC
14 1ST AVE SE                          8 2ND STREET   NE                   509 9TH AVE S
WATERTOWN   SD 57201-3611              UNIT 2407                           CLEAR LAKE   SD 57226-2166
                                       WATERTOWN   SD 57201-3796




DEBBIE STUCHL                          DESTINY COX   JAREN SAUER           ERIN KRAVIK   KIMBERLY WESTENBERG
8 2ND STREET   NE                      8 2ND STREET   NE                   8 2ND STREET   NE
UNIT 2405                              UNIT 2211                           UNIT 2201
WATERTOWN   SD 57201-3796              WATERTOWN   SD 57201-3794           WATERTOWN   SD 57201-3794




GARY HOFER                             GEORGES SANITATION INC              IKES WINDOW WASHING   LLC
8 2ND STREET   NE                      3367 12TH AVE NW                    1126 E KEMP AVE
UNIT 2306                              WATERTOWN   SD 57201-7225           WATERTOWN   SD 57201-3755
WATERTOWN   SD 57201-3795




INDY OSENDORF                          INTERNAL REVENUE SERVICE            JAMES BRUMBAUGH
8 2ND STREET   NE                      PO BOX 7346                         8 2ND STREET   NE
UNIT 2204                              PHILADELPHIA   PA 19101-7346        UNIT 2206
WATERTOWN   SD 57201-3794                                                  WATERTOWN   SD 57201-3794
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not Served via First Class USPS Mail Service.

JOSEPH EVERETT
8 2ND STREET NE
UNIT 2408
WATERTOWN SD 57201-3796

JOSH GILLIANT AIMAIRANY CERVANTES
8 2ND STREET NE
UNIT 2409
WATERTOWN SD 57201-3796

JUSTICE FIRE SAFETY INC
3601 N POTSDAM AVENUE
SIOUX FALLS SD 57104-7032

KURTIS JOHNSON
8 2ND STREET NE
UNIT 2406
WATERTOWN SD 57201-3796

LIBERTY MUTUAL GROUP INC
175 BERKELEY STREET
BOSTON MA 02116-3350

LISA HOLLY OHMAN
8 2ND STREET NE
UNIT 2202
WATERTOWN SD 57201-3794

MARGARET MELAND
8 2ND STREET NE
UNIT 2207
WATERTOWN SD 57201-3794

MARIAH GAUKLER
8 2ND STREET NE
UNIT 2209
WATERTOWN SD 57201-3794

MARK KELLER
8 2ND STREET NE
UNIT 2210
WATERTOWN SD 57201-3794

MARLI SCHIPPERS
NOONEY SOLAY LLP
326 FOUNDERS PARK
RAPID CITY SD 57701-8090

MARLYS HOLUBOK
8 2ND STREET NE
UNIT 2411
WATERTOWN SD 57201-3796

MITCHELL NEWMAN
8 2ND STREET NE
UNIT 2309
WATERTOWN SD 57201-3795

MULINDA SUE CRAIG
PO BOX 426
FARGO ND 58107-0426

NATHAN SCHENKEL
8 2ND STREET NE
UNIT 2312
WATERTOWN SD 57201-3795

NATHAN SIK IDIALISH FUENTES DE JESUS
8 2ND STREET NE
UNIT 2311
WATERTOWN SD 57201-3795

QUINN KOTEK
8 2ND STREET NE
UNIT 2205
WATERTOWN SD 57201-3794

RED RIVER STATE BANK
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND 58107-1389

EXCLUDE
(D)RED RIVER STATE BANK
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND 58107-1389

RED RIVER STATE BANK
CO DREW J HUSHKA
VOGEL LAW FIRM
PO BOX 1389
FARGO ND 58107-1389

RILEY CASPER LAURIE CASPER
8 2ND STREET NE
UNIT 2402
WATERTOWN SD 57201-3795

SAMANTHA ADAMS
8 2ND STREET NE
UNIT 2303
WATERTOWN SD 57201-3795

SARAH J WENCIL
OFFICE OF THE US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415-1320

SCHUMACHER ELEVATOR COMPANY
ONE SCHUMACHER WAY
DENVER IA 50622

SHANYA MEHLHAFF
8 2ND STREET NE
UNIT 2301
WATERTOWN SD 57201-3795

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 E CAPITOL AVENUE
PIERRE SD 57501-3100

TIFFANY SANDERSON
8 2ND STREET NE
UNIT 2302
WATERTOWN SD 57201-3795

WATERTOWN DEVELOPMENT COMPANY
1 EAST KEMP AVENUE
WATERTOWN SD 57201-3606

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are Served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| WATERTOWN MUNICIPAL UTILITIES<br>901 4TH AVE SW<br>WATERTOWN   SD 57201-4106 | WHITE GLOVE CLEANING<br>17892 449TH AVE<br>HAYTI   SD 57241-5223 | WHITE GLOVE CLEANING SERVICE   LLC<br>2340 S ELLIS RD<br>APARTMENT 100<br>SIOUX FALLS   SD 57106-7134 |
| WILLIAM JOHNSON<br>8 2ND STREET   NE<br>UNIT 2208<br>WATERTOWN   SD 57201-3794 | CHRISTIANNA A CATHCART<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 FIRST AVE N<br>STE B PMB 24<br>FARGO   ND 58102-4246 | MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO   ND 58102-4246 |
| ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 | | |