IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Please note the appearance of David R. Strait as counsel for Watertown Development Company, one of the creditors herein, and serve all pleadings and court papers herein upon the undersigned counsel.

Dated: January 14, 2025

By:     /s/ David R. Strait_____
David R. Strait
25 First Avenue Southwest
Watertown, SD 57201
Phone: (605) 886-5823
Email: david@austinlawsd.com
*Counsel for the Watertown Development Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of January, 2025, a copy of the foregoing was served electronically upon all ECF participants in this case by filing via the ECF system, and by first class mail upon all listed in the attached Exhibit A.

_____/s/ David R. Strait_____
David R. Strait