Exhibit A

```
Label Matrix for local noticing        Department of the Treasury            Internal Revenue Service
0868-3                                 15th & Pennsylvania                   P.O. Box 7346
Case 25-30003                          Washington, DC 20222-0001             Philadelphia, PA 19101-7346
District of North Dakota
Fargo
Tue Jan 14 08:32:38 CST 2025

Parkside Place LLC                     Red River State Bank                  Securities & Exchange Commission
10 N. Broadway                         Attn:  Caren W. Stanley               175 W. Jackson Blvd.
#102                                   Vogel  Law Firm                       Chicago, IL 60604-2908
Watertown, SD 57201-3627               PO Box 1389
                                       Fargo, ND 58107-1389

U.S. Attorney                          U.S. BANKRUPTCY COURT                 Allyson Holden
655 First Avenue North, Suite 250      655 1ST AVENUE NORTH, SUITE 210       8 2nd Street, NE
Fargo, ND 58102-4932                   FARGO, ND 58102-4932                  Unit 2401
                                                                             Watertown, SD 57201-3795

Andrew Bot & Jacquelynn Moon           Andy Nguyen & Carollee Labrise        Automatic Building Controls, Inc.
8 2nd Street, NE                       8 2nd Street, NE                      4300 W 61st St N
Unit 2307                              Unit 2410                             Sioux Falls, SD 57107-6474
Watertown, SD 57201-3795               Watertown, SD 57201-3796

Benjamin Wagner                        Blacktail Investments, LLC            Brandon Brown
8 2nd Street, NE                       PO Box 628                            8 2nd Street, NE
Unit 2412                              Fargo, ND 58107-0628                  Unit 2404
Watertown, SD 57201-3796                                                     Watertown, SD 57201-3796

CP Business Management, Inc.           Caren Stanley, Esq.                   Chandler Peery
1401 1st Ave N                         Vogel Law Firm                        8 2nd Street, NE
B                                      218 NP Avenue                         Unit 2304
Fargo, ND 58102-4203                   Fargo, ND 58102-4834                  Watertown, SD 57201-3795

Clarity Telecom, LLC                   Codington County Treasurer?s Office   Cole Wegner
d/b/a Bluepeak Fiber                   14 1st Ave SE                         8 2nd Street, NE
7979 E. Tufts Ave Suite 850            Watertown, SD 57201-3611              Unit 2407
Denver, CO 80237-2845                                                        Watertown, SD 57201-3796

Dakota Clean, LLC                      Debbie Stuchl                         Destiny Cox & Jaren Sauer
509 9th Ave S                          8 2nd Street, NE                      8 2nd Street, NE
Clear Lake, SD 57226-2166              Unit 2405                             Unit 2211
                                       Watertown, SD 57201-3796              Watertown, SD 57201-3794

Erin Kravik & Kimberly Westenberg      Gary Hofer                            George's Sanitation Inc.
8 2nd Street, NE                       8 2nd Street, NE                      3367 12th Ave NW
Unit 2201                              Unit 2306                             Watertown, SD 57201-7225
Watertown, SD 57201-3794               Watertown, SD 57201-3795

Ike's Window Washing, LLC              Indy Osendorf                         James Brumbaugh
1126 E Kemp Ave                        8 2nd Street, NE                      8 2nd Street, NE
Watertown, SD 57201-3755               Unit 2204                             Unit 2206
                                       Watertown, SD 57201-3794              Watertown, SD 57201-3794
```

| | | |
|---|---|---|
| Joseph Everett<br>8 2nd Street, NE<br>Unit 2408<br>Watertown, SD 57201-3796 | Josh Gilliam & Aimairany Cervantes<br>8 2nd Street, NE<br>Unit 2409<br>Watertown, SD 57201-3796 | Justice Fire & Safety, Inc.<br>3601 N. Potsdam Avenue<br>Sioux Falls, SD 57104-7032 |
| Kurtis Johnson<br>8 2nd Street, NE<br>Unit 2406<br>Watertown, SD 57201-3796 | Liberty Mutual Group Inc.<br>175 Berkeley Street<br>Boston, MA 02116-3350 | Lisa & Holly Ohman<br>8 2nd Street, NE<br>Unit 2202<br>Watertown, SD 57201-3794 |
| Margaret Meland<br>8 2nd Street, NE<br>Unit 2207<br>Watertown, SD 57201-3794 | Mariah Gaukler<br>8 2nd Street, NE<br>Unit 2209<br>Watertown, SD 57201-3794 | Mark Keller<br>8 2nd Street, NE<br>Unit 2210<br>Watertown, SD 57201-3794 |
| Marli Schippers<br>Nooney & Solay, LLP<br>326 Founders Park<br>Rapid City, SD 57701-8090 | Marlys Holubok<br>8 2nd Street, NE<br>Unit 2411<br>Watertown, SD 57201-3796 | Mitchell Newman<br>8 2nd Street, NE<br>Unit 2309<br>Watertown, SD 57201-3795 |
| Mulinda Sue Craig<br>PO Box 426<br>Fargo, ND 58107-0426 | Nathan Schenkel<br>8 2nd Street, NE<br>Unit 2312<br>Watertown, SD 57201-3795 | Nathan Sik & Idialish Fuentes de Jesus<br>8 2nd Street, NE<br>Unit 2311<br>Watertown, SD 57201-3795 |
| Quinn Kotek<br>8 2nd Street, NE<br>Unit 2205<br>Watertown, SD 57201-3794 | Red River State Bank<br>c/o Caren W. Stanley<br>Vogel Law Firm<br>PO Box 1389<br>Fargo ND  58107-1389 | Red River State Bank<br>c/o: Drew J. Hushka<br>Vogel Law Firm<br>P.O. Box 1389<br>Fargo, ND  58107-1389 |
| Riley Casper & Laurie Casper<br>8 2nd Street, NE<br>Unit 2402<br>Watertown, SD 57201-3795 | Samantha Adams<br>8 2nd Street, NE<br>Unit 2303<br>Watertown, SD 57201-3795 | Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Schumacher Elevator Company<br>One Schumacher Way<br>Denver, IA 50622 | Shanya Mehlhaff<br>8 2nd Street, NE<br>Unit 2301<br>Watertown, SD 57201-3795 | South Dakota Department of Revenue<br>445 E. Capitol Avenue<br>Pierre, SD 57501-3100 |
| Tiffany Sanderson<br>8 2nd Street, NE<br>Unit 2302<br>Watertown, SD 57201-3795 | Watertown Development Company<br>1 East Kemp Avenue<br>Watertown, SD 57201-3606 | Watertown Municipal Utilities<br>901 4th Ave SW<br>Watertown, SD 57201-4106 |
| White Glove Cleaning<br>17892 449th Ave<br>Hayti, SD 57241-5223 | White Glove Cleaning Service, LLC<br>2340 S Ellis RD<br>Apartment 100<br>Sioux Falls, SD 57106-7134 | William Johnson<br>8 2nd Street, NE<br>Unit 2208<br>Watertown, SD 57201-3794 |

```
Christianna A. Cathcart              Maurice VerShandig              Robert B. Raschke
The Dakota Bankruptcy Firm           The Dakota Bankruptcy Firm     Assistant U.S. Trustee
1630 First Ave N                     1630 1st Avenue N              Suite 1015 U.S. Courthouse
Ste. B PMB 24                        Suite B PMB 24                 300 South Fourth Street
Fargo, ND 58102-4246                 Fargo, ND 58102-4246           Minneapolis, MN 55415-1320
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service          (d)Red River State Bank         End of Label Matrix
PO Box 7346                          c/o: Caren W. Stanley           Mailable recipients    62
Philadelphia, PA 19101-7346          Vogel Law Firm                  Bypassed recipients     2
                                     P.O. Box 1389                   Total                  64
                                     Fargo, ND  58107-1389
```