| | |
|---|---|
| STATE OF SOUTH DAKOTA | IN CIRCUIT COURT |
| COUNTY OF CODINGTON | THIRD JUDICIAL DISTRICT |

| | |
|---|---|
| RED RIVER STATE BANK,<br><br>Plaintiff,<br><br>v.<br><br>GENERATIONS ON 1ST, LLC;<br>WATERTOWN DEVELOPMENT<br>COMPANY; MULINDA CRAIG; JESSE<br>CRAIG; AND CODINGTON COUNTY,<br>SOUTH DAKOTA,<br><br>Defendants. | Case No.:   14CIV 24-64<br><br><br>**RECEIVER'S THIRD<br>INTERIM REPORT** |

**I.   INTRODUCTION**

HME Companies, LLC, the Court-appointed Receiver ("Receiver") for Generations on 1st, LLC ("Defendant"), hereby files this Third Interim Monthly Operating Report ("Third Interim Report") to inform the Court, the Plaintiff, and the above-identified Defendants of the Receiver's activities completed to date, and to provide a summary of the financial and operational information available to the Receiver at this initial state of the Receivership. This Third Interim Report:  a) details the activities of the Receiver as of the date of filing of this Third Interim Report, the cash receipts and disbursements, and the tenant occupancy/vacancy; and b) covers the time period from December 1, 2024, through December 31, 2024.

The Court entered an Order Appointing Receiver on October 1, 2024 (the "Order").  In accordance with the Order, the Receiver is required to file with the Court a Monthly Operating Report that contains financial statements (balance sheet, statements of income and cash flows,

bank statements, aged payables and aged receivables) with the Court and serve copies on both the Plaintiff and the Defendant. *See* Order, ¶ 8.

The information contained herein has been prepared based upon financial and other data obtained from the Defendant's and/or former property manager's books and records and provided to the Receiver from the staff employed by the Defendant and/or former property manager. The Receiver has not subjected the information contained herein to an audit in accordance with generally accepted auditing or attestation standards. Accordingly, the Receiver cannot express an opinion or any other form of assurance on, and assumes no responsibility for, the accuracy or correctness of the historical information or the completeness and achievability of the projected financial data, valuations, information and assessments upon which this Third Interim Report is rendered.

## II.    THE RECEIVER'S ROLE AND RESPONSIBILITIES

The Receiver has been appointed on behalf of all interested parties and not only on behalf of the Plaintiff or Defendant in this action. The Receiver has the power conferred upon the Receiver by the Order Appointing Receiver and the course of practice of the Circuit Court.

## III.   OPERATING THE BUSINESS AFFAIRS OF THE RECEIVERSHIP ENTITY

The Court appointed the Receiver authority to take immediate complete and exclusive control and possession **of Generations on 1st Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof**, commonly referred to as **26 1ˢᵗ Ave SW, Watertown, SD 57201**, and all improvements thereon, including but not limited to the mixed-use residential and commercial commonly known as Generations on 1st, along with rents, profits, and other income of any kind from tenants ("Generations Property") and take any actions deemed necessary to generally operate the business affairs of

the Generations on 1st Property (*See* Order ¶ 3 for a full description of the powers of the Receiver) during the pendency of the Receivership.

IV. **RECEIVER ACTIVITIES DURING THE REPORTING PERIOD.**

During the time period covered by this Third Interim Report, the Receiver reports the following activities:

- See Section VI below re: status of compliance by Plaintiff, Defendant, and former property manager on turning over rents, documents, etc.

- Generated financial reports – see Section V below and included exhibits. Some of the financial reports are not yet available as indicated below

- Performed leasing duties for new tenant applications. As of the end of December, HME received 20 inquiries, completed 3 showings, received 3 applications, had 0 move-in, and had 0 move-out. The three applications received have lease dates set for January, so HME expects those to move-ins to be accounted for in January. Marketing activities also continue to be pushed via Apartments.com and HMEproperties.net. Professional photos of the vacant units we're also completed in December and uploaded to Apartments.com and HMEproperties.net. These photos showcase the units more appropriately and are intended to drive more leads to the Property. The virtual staging of the units is also underway and will be provided as soon as it is delivered by HME's vendor.

- Reconciled rent collections from Tenants for the month of December. Revenue collected totaled $68,132.17, of which $910.00 was paid to CP Business Management directly and electronically from the tenants in Unit 3312. The tenants who missed payment (2) have been contacted and will be caught up in January and set up on ACH to avoid these issues in the future. That revenue will be reconciled during the January time period.

- Coordinated the payment of insurance premiums. The insurance premium payment of $2,347.45 was made. This amount was for the Property's portion of the overall premium and matched the Property's percentage portion from previous payments.

- Per request, discussed, reviewed, and engaged with Plaintiff on Insurance Policy Declarations for the Property. Plaintiff cited incorrect information that needed to be updated to align with signed loan documents. The information pertains to who should be listed as the Mortgage Holder and Loss Payee and Plaintiff provided documentation showing the need for correction. Receiver

- reached out to Summit Insurance to coordinate a time to discuss the items provided by Plaintiff and ultimately left a voicemail. This item remains outstanding.

- Per request, discussed, reviewed, and engaged with Plaintiff on outstanding debt balance for the Property. Receiver reviewed current cash balance, outstanding debt balance owed to Plaintiff, the monthly principal and interest payment, average monthly revenue and expenses since October 1, 2024, and carried expenses from CP Business Management. The request to make a loan payment was reviewed thoroughly and Receiver opted to leave enough reserves to cover 3 months of operating expenses and the carried expenses, as of October 15, 2024, owed to CP Business Management. This resulted in a loan payment to Plaintiff in the amount of $195,262.92. Also, determined by remaining cash balance, current occupancy levels, and expected revenue/expenses, Receiver opted to start partial principal and interest payments to Plaintiff. The initial monthly payment of $39,081.13 (70% of regular payment) is scheduled to begin in January 2025 and to be reviewed monthly. If Receiver feels this amount needs to be modified, in either direction, Receiver will notify the Plaintiff before the due date of the loan payment.

- Per request, provided CP Business Management updated rent roll reports as of November 30, 2024 for their record keeping purposes.

- Coordinated the payment of all current and past bills from vendors associated with the Property. These include various utility and maintenance bills. Please refer to Exhibit E "Transaction Report" for all payments made to vendors.

- Coordinated various maintenance requests to ensure proper care of the Property. The maintenance requests were normal in nature and included items such as light switches not working, thermostats not functioning correctly, and kitchen sink leaks. Maintenance on the previously reported units was completed to ensure units are lease ready and marketable.

V. **FINANCIAL REPORTING**

In compliance with the Order, attached hereto as exhibits to this Third Interim Report are the following:

    Exhibit A:    Balance Sheet

                    Add'l Explanation:_____

    Exhibit A:    Balance Sheet

        Add'l Explanation:_____

    Exhibit B:    Profit and Loss

        Add'l Explanation:_____

    Exhibit C:    Statement of Cash Flows

        Add'l Explanation:_____

    Exhibit D:    Rent Roll

        Add'l Explanation:_____

    Exhibit E:    Transaction Report

        Add'l Explanation:_____

    Exhibit F:    Bank Account Reconciliation

        Add'l Explanation:_____

    Exhibit G:    Vendor Check Register Report

        Add'l Explanation:_____

**VI.    COMPLIANCE BY PLAINTIFF, DEFENDANT, AND FORMER PROPERTY MANAGER WITH ORDER**

    The Order requires Plaintiff, Defendant, and the former property manager, CP Business Management, Inc., to fully cooperate with the receiver including turning over the information, documents, etc. identified below. The following indicates if the Plaintiff, Defendant, and/or former property manager have complied with the Order:

1. Turn over Tenant rents to Receiver (date turned over, amount, etc.):

    a. Plaintiff: In Compliance

    b. Defendant: NA

    c. CP Bus. Mgmt: Not in Compliance

    d. Add'l Explanation: A request was provided to Plaintiff, Defendant, CP Business Mgmt., and their respective legal representatives by Receiver on December 2nd, 2024. The request outlined the need for compliance as presented in the Court Order and requested $51,820.29 of previously collected rent be transferred into the possession of the Receiver. The request also outlined a deadline of December 13th, 2024, to which no response was had. The Receiver then engaged their legal representatives to determine the best course of action in order to ensure compliance with the Court Order. The Receiver sent a follow up request to the Plaintiff, Defendant, CP Business Mgmt., and their respective legal representatives on December 18th, 2024, denoting that no response was had and asking for an update with, again, no response. Additionally, the Receiver reached out to the Codington County Court to consult and receive advisement on the non-compliance items with the Court Order. This item remains outstanding.

2. Turn over Tenant security deposits to Receiver (date turned over, amount, etc.):

    a. Plaintiff: NA (Plaintiff did not hold security deposit accounts)

    b. Defendant: NA (Working through CP Business Management)

    c. CP Bus. Mgmt: Not in Compliance

    d. Add'l Explanation: A request was provided to Plaintiff, Defendant, CP Business Mgmt., and their respective legal representatives by Receiver on December 2nd, 2024. The request outlined the need for compliance as presented in the Court Order and requested $56,695.00 of previously held security deposits be

transferred into the possession of the Receiver. The request also outlined a deadline of December 13th, 2024, to which no response was had. The Receiver then engaged their legal representatives to determine the best course of action in order to ensure compliance with the Court Order. The Receiver sent a follow up request to the Plaintiff, Defendant, CP Business Mgmt., and their respective legal representatives on December 18th, 2024, denoting that no response was had and asking for an update with, again, no response. Additionally, the Receiver reached out to the Codington County Court to consult and receive advisement on the non-compliance items with the Court Order. This item remains outstanding.

## VII. RECEIVERSHIP CHARGES.

The Receiver reports that during the month of December 2024, the Receiver earned their fee of $4,620.00 plus applicable sales tax.

Dated this 9th day of January, 2025.

HME Companies, LLC

By: _____
      Name

Its: __VP_____
      Title

# Generations on 1st, LLC
## Balance Sheet
### As of December 31, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       BANK ACCOUNTS | |
|         1020 Dacotah Bank Operations | 181,847.36 |
|         1030 Dacotah Bank Security Deposit | 3,935.00 |
|       **Total BANK ACCOUNTS** | 185,782.36 |
|     **Total Bank Accounts** | $185,782.36 |
|     Accounts Receivable | |
|       1200 Accounts Receivable (A/R) | 635.02 |
|     **Total Accounts Receivable** | $635.02 |
|   **Total Current Assets** | $186,417.38 |
| **TOTAL ASSETS** | **$186,417.38** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         2200 Accounts Payable (A/P) | 8,556.89 |
|       **Total Accounts Payable** | $8,556.89 |
|       Credit Cards | |
|         Dacotah Bank | 252.61 |
|       **Total Credit Cards** | $252.61 |
|       Other Current Liabilities | |
|         OTHER CURRENT LIABILITIES | |
|           2520 Security Deposits | 3,935.00 |
|           2525 Due to HME | 166.50 |
|           2910 Deferred Income | 5,073.50 |
|         **Total OTHER CURRENT LIABILITIES** | 9,175.00 |
|       **Total Other Current Liabilities** | $9,175.00 |
|     **Total Current Liabilities** | $17,984.50 |
|     Long-Term Liabilities | |
|       LONG TERM LIABILITIES | |
|         2726 Mortgage | 530,529.42 |
|       **Total LONG TERM LIABILITIES** | 530,529.42 |
|     **Total Long-Term Liabilities** | $530,529.42 |
|   **Total Liabilities** | **$548,513.92** |

# Generations on 1st, LLC

## Balance Sheet
### As of December 31, 2024

|  | TOTAL |
|---|---:|
| **Equity** | |
| 3000 Opening Balance Equity | -725,792.34 |
| Retained Earnings | |
| Net Income | 363,695.80 |
| **Total Equity** | **$ -362,096.54** |
| **TOTAL LIABILITIES AND EQUITY** | **$186,417.38** |

# Generations on 1st, LLC

## Profit and Loss
### December 2024

|  | TOTAL | |
| --- | ---: | ---: |
|  | DEC 2024 | JAN - DEC 2024 (YTD) |
| **Income** | | |
| 4515 Rental Income | 64,303.17 | 510,588.01 |
| 4565 Garage Rent | 2,685.00 | 5,260.00 |
| 4570 Reletting Charge | 1,085.00 | 1,085.00 |
| 4575 Late Fees | 50.00 | 160.00 |
| 4580 Renter's Insurance Charge | 9.00 | 21.00 |
| 4610 NSF Fees |  | 40.00 |
| 4620 Miscellaneous Income |  | 98.24 |
| **Total Income** | **$68,132.17** | **$517,252.25** |
| **Expenses** | | |
| ADMINISTRATIVE EXPENSES | | |
| 6000 Advertising | 350.46 | 700.46 |
| 6127 Office Supplies |  | 178.99 |
| 6144 Licensing and Permits |  | 140.00 |
| **Total ADMINISTRATIVE EXPENSES** | **350.46** | **1,019.45** |
| GENERAL EXPENSES | | |
| 6030 Property Insurance | 4,694.90 | 11,731.48 |
| 6142 Property Tax Expense |  | 83,544.31 |
| **Total GENERAL EXPENSES** | **4,694.90** | **95,275.79** |
| MAINTENANCE EXPENSES | | |
| 6055 Fire and Safety |  | 1,040.25 |
| 6058 Snow Removal | 817.74 | 1,077.93 |
| 6059 Ground Maintenance |  | 37.17 |
| 6107 Miscellaneous Maintenance | 1,884.52 | 5,168.44 |
| 6108 Elevator Agreement |  | 461.43 |
| 6204 Janitorial | 743.40 | 5,093.64 |
| **Total MAINTENANCE EXPENSES** | **3,445.66** | **12,878.86** |
| PROFESSIONAL FEE EXPENSE | | |
| 6095 Management Fees |  | 25,411.64 |
| **Total PROFESSIONAL FEE EXPENSE** |  | **25,411.64** |
| UTILITES EXPENSES | | |
| 6174 Electricity | | |
| 6174a Facility - Electric | 946.08 | 2,717.73 |
| 6174c Resident - Electric | 378.60 | 1,487.42 |
| **Total 6174 Electricity** | **1,324.68** | **4,205.15** |
| 6175 Garbage | 193.81 | 775.24 |
| 6176 Gas (Heat) | 584.64 | 1,643.47 |
| 6177 Water |  | 1,960.81 |
| 6177a Facility - Water | 579.64 | 579.64 |
| **Total 6177 Water** | **579.64** | **2,540.45** |

# Generations on 1st, LLC
## Profit and Loss
### December 2024

|  | TOTAL | |
| --- | ---: | ---: |
|  | DEC 2024 | JAN - DEC 2024 (YTD) |
| 6178 Sewer | 2,451.60 | 9,806.40 |
| **Total UTILITES EXPENSES** | 5,134.37 | 18,970.71 |
| **Total Expenses** | $13,625.39 | $153,556.45 |
| NET OPERATING INCOME | $54,506.78 | $363,695.80 |
| NET INCOME | $54,506.78 | $363,695.80 |

# Generations on 1st, LLC
## Statement of Cash Flows
### January - December 2024

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 363,695.80 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 1200 Accounts Receivable (A/R) | -635.02 |
| 2200 Accounts Payable (A/P) | 8,556.89 |
| Dacotah Bank | 252.61 |
| 2520 OTHER CURRENT LIABILITIES:Security Deposits | 3,935.00 |
| 2525 OTHER CURRENT LIABILITIES:Due to HME | 166.50 |
| 2910 OTHER CURRENT LIABILITIES:Deferred Income | 5,073.50 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | 17,349.48 |
| **Net cash provided by operating activities** | **$381,045.28** |
| **FINANCING ACTIVITIES** | |
| 2726 LONG TERM LIABILITIES:Mortgage | 530,529.42 |
| 3000 Opening Balance Equity | -725,792.34 |
| **Net cash provided by financing activities** | **$ -195,262.92** |
| NET CASH INCREASE FOR PERIOD | $185,782.36 |
| CASH AT END OF PERIOD | $185,782.36 |

# Tony version - Generations On 1st Rent Roll

**Property Groups:** Generations On 1st
**Units:** Active
**As of:** 12/31/2024
**Include Non-Revenue Units:** No

| Unit | Tenant | Unit Type | BD/BA | Status | Move-out | Lease To | Market Rent |
|---|---|---|---|---|---|---|---|
| Generations On 1st - 26 1st Ave SW Watertown, SD 57201 | | | | | | | |
| Gen 101 - Ground Level Space | Watertown Senior Activities Center | | --/-- | Current | | 06/30/2121 | |
| 3201 | Renee Hanlon | | 2/2.00 | Current | | 03/01/2025 | 1,475.00 |
| 3202 | Judy Zirbel | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3203 | Sheila Kammerer | | 1/1.00 | Current | | 01/31/2026 | 985.00 |
| 3204 | Phyllis Jackson | | 1/1.00 | Current | | 04/30/2025 | 1,010.00 |
| 3205 | Helga Myers | | 1/1.00 | Current | | | 985.00 |
| 3206 | Casey Kirley | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3207 | Lois Stadheim | | 1/1.00 | Current | | | 985.00 |
| 3208 | Cole Donald | | 1/1.00 | Current | | 06/30/2025 | 985.00 |
| 3209 | Joni Dykstra | | 1/1.00 | Current | | 05/31/2025 | 985.00 |
| 3210 | Marilyn Boik | | 2/2.00 | Current | | | 1,475.00 |
| 3211 | | | 2/2.00 | Vacant-Unrented | | | 1,375.00 |
| 3212 | | | 1/1.00 | Vacant-Rented | | | 980.00 |
| 3213 | Allison Foote | | 1/1.00 | Current | | 07/31/2025 | 1,010.00 |
| 3214 | Jordan Nierman | | 1/1.00 | Current | | 05/31/2025 | 985.00 |
| 3215 | Verna Olson | | 1/1.00 | Notice-Unrented | 01/31/2025 | | 1,010.00 |
| 3216 | Lew F. Knapp | | 1/1.00 | Current | | 10/31/2025 | 1,010.00 |
| 3217 | | | 1/1.00 | Vacant-Unrented | | | 980.00 |
| 3218 | | | 1/1.00 | Vacant-Unrented | | | 980.00 |
| 3301 | Barbara Goens | | 2/2.00 | Current | | 09/30/2025 | 1,475.00 |
| 3302 | | | 1/1.00 | Vacant-Rented | | | 980.00 |
| 3303 | Reagan Crandall | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3304 | Steven Rosbach | | 1/1.00 | Current | | 07/31/2025 | 985.00 |
| 3305 | Brianna Pederson | | 1/1.00 | Current | | 07/31/2025 | 985.00 |
| 3306 | Lucas Simon | | 1/1.00 | Current | | | 985.00 |
| 3307 | Orley Wangsness | | 1/1.00 | Current | | 09/30/2025 | 985.00 |
| 3308 | Kyle Wisseman | | 1/1.00 | Notice-Unrented | 01/31/2025 | | 985.00 |
| 3309 | Keegan Schelle | | 1/1.00 | Current | | | 985.00 |
| 3310 | Alexis Burbach | | 2/2.00 | Current | | | 1,475.00 |

Created on 01/10/2025

Tony version - Generations On 1st Rent Roll

| Unit | Tenant | Unit Type | BD/BA | Status | Move-out | Lease To | Market Rent |
|---|---|---|---|---|---|---|---|
| 3311 | Barbara Wegman | | 2/2.00 | Current | | 06/30/2025 | 1,375.00 |
| 3312 | Tha Dah Htoo | | 1/1.00 | Current | | 07/31/2025 | 985.00 |
| 3313 | Clayton Alban | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3314 | | | 1/1.00 | Vacant-Unrented | | | 980.00 |
| 3315 | Allyssa M. Kirchberg | | 1/1.00 | Current | | 10/27/2025 | 985.00 |
| 3316 | Blake T. Theisen | | 1/1.00 | Current | | 04/30/2025 | 985.00 |
| 3317 | Paige Hall | | 1/1.00 | Current | | 09/30/2025 | 985.00 |
| 3318 | Alexis Willet | | 1/1.00 | Current | | 06/30/2025 | 985.00 |
| 3401 | Lorna Harstad | | 2/2.00 | Current | | | 1,375.00 |
| 3402 | Selmer Hatlestad | | 1/1.00 | Notice-Unrented | 02/28/2025 | | 985.00 |
| 3403 | Allie Weiss | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3404 | Jesse Heer | | 1/1.00 | Current | | 05/31/2025 | 985.00 |
| 3405 | Dawson Treeby | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3406 | | | 1/1.00 | Vacant-Unrented | | | 980.00 |
| 3407 | Cynthia Wells | | 1/1.00 | Current | | 10/31/2025 | 985.00 |
| 3408 | LaVerna Coyle | | 1/1.00 | Current | | | 985.00 |
| 3409 | | | 1/1.00 | Vacant-Rented | | | 980.00 |
| 3410 | Karen Jensen | | 2/2.00 | Current | | 02/28/2025 | 1,475.00 |
| 3411 | | | 2/2.00 | Vacant-Unrented | | | 1,375.00 |
| 3412 | Dionne Zwieg | | 1/1.00 | Current | | | 985.00 |
| 3413 | Daryl Tapio | | 1/1.00 | Current | | | 985.00 |
| 3414 | Nick Kasten | | 1/1.00 | Current | | 11/30/2025 | 985.00 |
| 3415 | Saylor D. Hallstrom | | 1/1.00 | Current | | 10/24/2025 | 985.00 |
| 3416 | Jacobe Tramp | | 1/1.00 | Current | | 02/28/2025 | 985.00 |
| 3417 | Piper Naughton | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3418 | Marissa Rober | | 1/1.00 | Current | | 09/30/2025 | 985.00 |
| 3501 | Charles Olson | | 2/2.00 | Current | | | 1,375.00 |
| 3502 | Ethaniel Wellnitz | | 1/1.00 | Current | | 04/30/2025 | 1,085.00 |
| 3503 | Willow Seurer | | 1/1.00 | Current | | 05/31/2025 | 965.00 |
| 3504 | Ray Bradberry | | 1/1.00 | Current | | | 965.00 |
| 3505 | John Timmons | | 1/1.00 | Current | | | 935.00 |
| 3506 | Lynelle Herstedt | | 1/1.00 | Current | | | 985.00 |
| 3507 | CP Bus Mgmt. (VRBO - currently un-occupied) | | 1/1.00 | Current | | | 985.00 |
| 3508 | Nicholas Petersen | | 1/1.00 | Current | | 07/31/2025 | 965.00 |

Tony version - Generations On 1st Rent Roll

| Unit | Tenant | Unit Type | BD/BA | Status | Move-out | Lease To | Market Rent |
|---|---|---|---|---|---|---|---|
| 3509 | Madison Premus | | 1/1.00 | Current | | | 1,010.00 |
| 3510 | Sierra Overshiner | | 2/2.00 | Current | | 12/31/2025 | 1,475.00 |
| 3511 | | | 2/2.00 | Vacant-Unrented | | | 1,395.00 |
| 3512 | Hali Anderson | | 1/1.00 | Current | | 09/30/2025 | 985.00 |
| 3513 | Addison Rassel | | 1/1.00 | Current | | 06/30/2025 | 985.00 |
| 3514 | | | 1/1.00 | Vacant-Unrented | | | 985.00 |
| 3515 | Zihui Gong | | 1/1.00 | Current | | 05/31/2025 | 985.00 |
| 3516 | Joshua Escamilla | | 1/1.00 | Current | | | 985.00 |
| 3517 | Mason McDonald | | 1/1.00 | Current | | | 985.00 |
| 3518 | Steven Almquist | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 73 Units | | | | 84.9% Occupied | | | 76,300.00 |
| | | | | | | | |
| Total 73 Units | | | | 84.9% Occupied | | | 76,300.00 |

Created on 01/10/2025                                                                                                                   Page 3

## Generations on 1st, LLC
### Transaction Report
December 2024

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| **BANK ACCOUNTS** | | | | | | |
| Dacotah Bank Operations | | | | | | |
| Beginning Balance | | | | | | 325,667.25 |
| 12/02/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 990.00 | 326,657.25 |
| 12/02/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 3,075.44 | 329,732.69 |
| 12/03/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 1,073.50 | 330,806.19 |
| 12/03/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 10,533.00 | 341,339.19 |
| 12/03/2024 | Expense | | | ACH Check/Web/Tel LIBERTY ACH Check/Web/Tel LIBERTY MUTUAL THE RUINS LLC GENERAT | -2,347.45 | 338,991.74 |
| 12/04/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 910.00 | 339,901.74 |
| 12/04/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 2,890.00 | 342,791.74 |
| 12/05/2024 | Bill Payment (Check) | 6026 | Watertown Municipal Utilities | | -4,345.27 | 338,446.47 |
| 12/05/2024 | Bill Payment (Check) | 6025 | Mills Property Management | | -557.55 | 337,888.92 |
| 12/05/2024 | Bill Payment (Check) | 6024 | Cannon Electric, LLC | | -183.06 | 337,705.86 |
| 12/05/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 2,075.00 | 339,780.86 |
| 12/05/2024 | Deposit | | | | 9,650.00 | 349,430.86 |
| 12/05/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 19,188.50 | 368,619.36 |
| 12/09/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 2,940.00 | 371,559.36 |
| 12/10/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 1,375.00 | 372,934.36 |
| 12/11/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 1,090.00 | 374,024.36 |
| 12/11/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 1,110.00 | 375,134.36 |
| 12/12/2024 | Deposit | | | | 2,100.00 | 377,234.36 |
| 12/13/2024 | Bill Payment (Check) | 6031 | White Glove Cleaning | | -53.10 | 377,181.26 |
| 12/13/2024 | Bill Payment (Check) | 6030 | The Fire Group, Inc. | | -385.00 | 376,796.26 |
| 12/13/2024 | Bill Payment (Check) | 6028 | HME Companies, LLC | | -10,926.17 | 365,870.09 |
| 12/13/2024 | Bill Payment (Check) | 6029 | Kuiper Appliance Service LLC | | -403.56 | 365,466.53 |
| 12/13/2024 | Bill Payment (Check) | 6027 | Cannon Electric, LLC | | -277.04 | 365,189.49 |
| 12/13/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 2,545.00 | 367,734.49 |
| 12/16/2024 | Transfer | | | | 925.00 | 368,659.49 |
| 12/16/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 28.14 | 368,687.63 |
| 12/17/2024 | Deposit | | | | 5,140.00 | 373,827.63 |
| 12/17/2024 | Expense | | | ACH Check/Web/Tel LIBERTY ACH Check/Web/Tel LIBERTY MUTUAL THE RUINS LLC GENERAT | -2,347.45 | 371,480.18 |
| 12/18/2024 | Bill Payment (Check) | 6032 | White Glove Cleaning | | -743.40 | 370,736.78 |
| 12/24/2024 | Deposit | | | DDA ACH DEPOSIT HME Companies  L DDA ACH DEPOSIT HME Companies L Net Settle HME Compani | 300.00 | 371,036.78 |
| 12/24/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 990.00 | 372,026.78 |
| 12/26/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 970.00 | 372,996.78 |
| 12/27/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 1,010.00 | 374,006.78 |
| 12/30/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 238.50 | 374,245.28 |
| 12/30/2024 | Expense | | Red River State Bank | DDA ACH WITHDRAWAL HME COMPANIES DDA ACH WITHDRAWAL HME COMPANIES LL Generation HME Com | -195,262.92 | 178,982.36 |

## Generations on 1st, LLC
### Transaction Report
December 2024

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 12/31/2024 | Transfer | | | | 750.00 | 179,732.36 |
| 12/31/2024 | Deposit | | | DDA ACH DEPOSIT APPFOLIO SV9T DDA ACH DEPOSIT APPFOLIO SV9T XXXXXX1536 hmemgmt | 2,115.00 | 181,847.36 |
| **Total for Dacotah Bank Operations** | | | | | **$ -** | **143,819.89** |
| **Total for BANK ACCOUNTS** | | | | | **$ -** | **143,819.89** |
| **TOTAL** | | | | | **$ -** | **143,819.89** |

**Generations on 1st, LLC**

**1020 Dacotah Bank Operations, Period Ending 12/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 01/10/2025

Reconciled by: Tracey Mahlstedt

Any changes made to transactions after this date aren't included in this report.

### Summary USD

| | |
|---|---:|
| Statement beginning balance | 330,938.62 |
| Checks and payments cleared (17) | -221,529.70 |
| Deposits and other credits cleared (25) | 74,012.08 |
| Statement ending balance | 183,421.00 |
| | |
| Uncleared transactions as of 12/31/2024 | -1,573.64 |
| Register balance as of 12/31/2024 | 181,847.36 |
| Cleared transactions after 12/31/2024 | 0.00 |
| Uncleared transactions after 12/31/2024 | 44,291.37 |
| Register balance as of 01/10/2025 | 226,138.73 |

### Details

**Checks and payments cleared (17)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/20/2024 | Bill Payment | 6014 | White Glove Cleaning | -743.40 |
| 11/21/2024 | Check | 6015 | Jesse Heer | -2,010.00 |
| 11/27/2024 | Bill Payment | 6018 | Dakota Clean LLC | -318.60 |
| 11/27/2024 | Bill Payment | 6019 | George's Sanitation, Inc. | -193.81 |
| 11/27/2024 | Bill Payment | 6020 | Seth's Scapes LLC | -185.85 |
| 11/27/2024 | Bill Payment | 6021 | Watertown Municipal Utilities | -228.69 |
| 11/27/2024 | Bill Payment | 6022 | White Glove Cleaning | -292.14 |
| 11/27/2024 | Check | 6023 | Gene Peterson | -906.74 |
| 12/03/2024 | Expense | | | -2,347.45 |
| 12/05/2024 | Bill Payment | 6025 | Mills Property Management | -557.55 |
| 12/05/2024 | Bill Payment | 6026 | Watertown Municipal Utilities | -4,345.27 |
| 12/05/2024 | Bill Payment | 6024 | Cannon Electric, LLC | -183.06 |
| 12/13/2024 | Bill Payment | 6027 | Cannon Electric, LLC | -277.04 |
| 12/13/2024 | Bill Payment | 6028 | HME Companies, LLC | -10,926.17 |
| 12/13/2024 | Bill Payment | 6029 | Kuiper Appliance Service LLC | -403.56 |
| 12/17/2024 | Expense | | | -2,347.45 |
| 12/30/2024 | Expense | | Red River State Bank | -195,262.92 |
| Total | | | | -221,529.70 |

**Deposits and other credits cleared (25)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/02/2024 | Deposit | | | 990.00 |
| 12/02/2024 | Deposit | | | 3,075.44 |
| 12/03/2024 | Deposit | | | 10,533.00 |
| 12/03/2024 | Deposit | | | 1,073.50 |
| 12/04/2024 | Deposit | | | 2,890.00 |
| 12/04/2024 | Deposit | | | 910.00 |
| 12/05/2024 | Deposit | | | 9,650.00 |
| 12/05/2024 | Deposit | | | 2,075.00 |
| 12/05/2024 | Deposit | | | 19,188.50 |
| 12/09/2024 | Deposit | | | 2,940.00 |
| 12/10/2024 | Deposit | | | 1,375.00 |
| 12/11/2024 | Deposit | | | 1,090.00 |
| 12/11/2024 | Deposit | | | 1,110.00 |
| 12/12/2024 | Deposit | | | 2,100.00 |
| 12/13/2024 | Deposit | | | 2,545.00 |
| 12/16/2024 | Transfer | | | 925.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/16/2024 | Deposit | | | 28.14 |
| 12/17/2024 | Deposit | | | 5,140.00 |
| 12/24/2024 | Deposit | | | 300.00 |
| 12/24/2024 | Deposit | | | 990.00 |
| 12/26/2024 | Deposit | | | 970.00 |
| 12/27/2024 | Deposit | | | 1,010.00 |
| 12/30/2024 | Deposit | | | 238.50 |
| 12/31/2024 | Deposit | | | 2,115.00 |
| 12/31/2024 | Transfer | | | 750.00 |
| Total | | | | 74,012.08 |

**Additional Information**

Uncleared checks and payments as of 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/26/2024 | Check | 6016 | Christian Hall | -392.14 |
| 12/13/2024 | Bill Payment | 6030 | The Fire Group, Inc. | -385.00 |
| 12/13/2024 | Bill Payment | 6031 | White Glove Cleaning | -53.10 |
| 12/18/2024 | Bill Payment | 6032 | White Glove Cleaning | -743.40 |
| Total | | | | -1,573.64 |

Uncleared checks and payments after 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/02/2025 | Bill Payment | 6035 | White Glove Cleaning | -66.38 |
| 01/02/2025 | Bill Payment | 6033 | Cannon Electric, LLC | -544.51 |
| 01/02/2025 | Bill Payment | 6034 | Dakota Clean LLC | -159.30 |
| 01/02/2025 | Expense | | HME Companies, LLC | -15,767.50 |
| 01/09/2025 | Bill Payment | 6037 | Seth's Scapes LLC | -892.08 |
| 01/09/2025 | Bill Payment | 6036 | George's Sanitation, Inc. | -193.81 |
| 01/09/2025 | Bill Payment | 6038 | Watertown Municipal Utilities | -5,020.47 |
| Total | | | | -22,644.05 |

Uncleared deposits and other credits after 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/02/2025 | Deposit | | | 1,090.00 |
| 01/03/2025 | Deposit | | | 10,339.96 |
| 01/03/2025 | Deposit | | | 800.00 |
| 01/06/2025 | Deposit | | | 8,735.00 |
| 01/06/2025 | Deposit | | | 6,173.50 |
| 01/06/2025 | Deposit | | | 2,985.96 |
| 01/07/2025 | Deposit | | | 14,180.00 |
| 01/07/2025 | Deposit | | | 3,070.00 |
| 01/07/2025 | Deposit | | | 15,767.50 |
| 01/08/2025 | Deposit | | | 540.00 |
| 01/08/2025 | Deposit | | | 1,090.00 |
| 01/09/2025 | Deposit | | | 2,163.50 |
| Total | | | | 66,935.42 |

# Generations on 1st, LLC
## Check Detail Report
### December 1-31, 2024

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLEARED | AMOUNT |
|---|---|---|---|---|---|---|
| **1020 Dacotah Bank Operations** | | | | | | |
| **179** | | | | | | |
| 12/03/2024 | Expense | | | ACH Check/Web/Tel LIBERTY ACH Check/Web/Tel LIBERTY MUTUAL THE RUINS LLC GENERAT | Reconciled | -$2,347.45 |
| 12/03/2024 | Expense | | | ACH Check/Web/Tel LIBERTY ACH Check/Web/Tel LIBERTY MUTUAL THE RUINS LLC GENERAT | | $2,347.45 |
| **186** | | | | | | |
| 12/05/2024 | Bill Payment (Check) | 6024 | Cannon Electric, LLC | | Reconciled | -$183.06 |
| 12/05/2024 | Bill Payment (Check) | 6024 | Cannon Electric, LLC | | | -$183.06 |
| **187** | | | | | | |
| 12/05/2024 | Bill Payment (Check) | 6025 | Mills Property Management | | Reconciled | -$557.55 |
| 12/05/2024 | Bill Payment (Check) | 6025 | Mills Property Management | | | -$557.55 |
| **188** | | | | | | |
| 12/05/2024 | Bill Payment (Check) | 6026 | Watertown Municipal Utilities | | Reconciled | -$4,345.27 |
| 12/05/2024 | Bill Payment (Check) | 6026 | Watertown Municipal Utilities | | | -$4,345.27 |
| **206** | | | | | | |
| 12/13/2024 | Bill Payment (Check) | 6027 | Cannon Electric, LLC | | Reconciled | -$277.04 |
| 12/13/2024 | Bill Payment (Check) | 6027 | Cannon Electric, LLC | | | -$277.04 |
| **207** | | | | | | |
| 12/13/2024 | Bill Payment (Check) | 6028 | HME Companies, LLC | | Reconciled | -$10,926.17 |
| 12/13/2024 | Bill Payment (Check) | 6028 | HME Companies, LLC | | | -$10,926.17 |
| **208** | | | | | | |
| 12/13/2024 | Bill Payment (Check) | 6029 | Kuiper Appliance Service LLC | | Reconciled | -$403.56 |
| 12/13/2024 | Bill Payment (Check) | 6029 | Kuiper Appliance Service LLC | | | -$403.56 |
| **209** | | | | | | |
| 12/13/2024 | Bill Payment (Check) | 6030 | The Fire Group, Inc. | | Uncleared | -$385.00 |
| 12/13/2024 | Bill Payment (Check) | 6030 | The Fire Group, Inc. | | | -$385.00 |
| **210** | | | | | | |
| 12/13/2024 | Bill Payment (Check) | 6031 | White Glove Cleaning | | Cleared | -$53.10 |
| 12/13/2024 | Bill Payment (Check) | 6031 | White Glove Cleaning | | | -$53.10 |
| **214** | | | | | | |
| 12/17/2024 | Expense | | | ACH Check/Web/Tel LIBERTY ACH Check/Web/Tel LIBERTY MUTUAL THE RUINS LLC GENERAT | Reconciled | -$2,347.45 |
| 12/17/2024 | Expense | | | ACH Check/Web/Tel LIBERTY ACH Check/Web/Tel LIBERTY MUTUAL THE RUINS LLC GENERAT | | $2,347.45 |
| **215** | | | | | | |
| 12/18/2024 | Bill Payment (Check) | 6032 | White Glove Cleaning | | Cleared | -$743.40 |
| 12/18/2024 | Bill Payment (Check) | 6032 | White Glove Cleaning | | | -$743.40 |
| **230** | | | | | | |
| 12/30/2024 | Expense | | Red River State Bank | DDA ACH WITHDRAWAL HME COMPANIES DDA ACH WITHDRAWAL HME COMPANIES LL Generation HME Com | Reconciled | -$195,262.92 |
| 12/30/2024 | Expense | | Red River State Bank | DDA ACH WITHDRAWAL HME COMPANIES DDA ACH WITHDRAWAL HME COMPANIES LL Generation HME Com | Uncleared | -$195,262.92 |