UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st LLC, <br><br>　　　　Debtor. | Case No.: 25-30002 <br><br> Chapter 11 |
| In Re: <br><br> Parkside Place LLC, <br><br>　　　　Debtor. | Case No. 25-30003 <br><br> Chapter 11 |
| In re: <br><br> The Ruins, LLC, <br><br>　　　　Debtor. | Case No. 25-30004 <br><br> Chapter 11 |

## EXHIBIT LIST OF RED RIVER STATE BANK

Creditor Red River State Bank hereby provides the following Exhibit List with respect to the expedited hearing set for Thursday, January 16, 2025, at 10:00 a.m., regarding the following motions: on [5] Motion for Joint Administration filed by Debtor Generations on 1st LLC, [11] Motion to Reject Management Agreement filed by Debtor Generations on 1st LLC, [12] Motion for Leave to Use Cash Collateral on an Interim and Final Basis filed by Debtor Generations on 1st LLC, and [13] Motion to Utilize FDIC-Insured Depository Accounts filed by Debtor Generations on 1st LLC.

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | §OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C-1 | | | Voluntary Petition, Schedules, and Statements of Debtor Generations on 1st LLC filed 1/6/25 [ECF No. 1] | | | | | | | | | |
| C-2 | | | Voluntary Petition, Schedules, and Statements of Debtor Parkside Place LLC LLC filed 1/6/25 [ECF No. 1] | | | | | | | | | |
| C-3 | | | Proof of Claim filed by Red River State Bank in Generations on 1st LLC on 1/10/25 [Claim No. 1] | | | | | | | | | |
| C-4 | | | Proof of Claim filed by Red River State Bank in Parkside Place, LLC on 1/9/25 [Claim No. 1] | | | | | | | | | |
| C-5 | | | HME Companies, LLC's Account Agreements (4) dated 10/18/24 for Generations on 1st (Operating and Security) and Parkside Place (Security and Operating) with Dacotah Bank | | | | | | | | | |
| C-6 | | | Receivership and Management Agreement dated October 1, 2024 (executed by RRSB and HME Companies, LLC) | | | | | | | | | |
| C-7 | | | Receiver's Third Interim Report for Generations on 1st LLC [ECF No. 21-1] | | | | | | | | | |
| C-8 | | | Receiver's Third Interim Report for Parkside Place LLC [ECF No. 21-1] | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Dated this 15th day of January, 2025.

**VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley*
Caren W. Stanley (#06100
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
Email: cstanley@vogellaw.com
ATTORNEYS FOR RED RIVER STATE BANK

3