IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please note the appearance of David R. Strait as counsel for Watertown Development Company, one of the creditors herein, and serve all pleadings and court papers herein upon the undersigned counsel.

Dated: January 14, 2025

By: /s/ David R. Strait
David R. Strait
25 First Avenue Southwest
Watertown, SD 57201
Phone: (605) 886-5823
Email: david@austinlawsd.com
*Counsel for the Watertown Development Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2025, a copy of the foregoing was served electronically upon all ECF participants in this case by filing via the ECF system, and by first class mail upon all listed in the attached Exhibit A.

/s/ David R. Strait
David R. Strait

**AUSTIN, STRAIT, BENSON,
THOLE & KOEHN LLP**

*A Registered Limited Liability Partnership*
ATTORNEYS AT LAW
25 FIRST AVENUE S. W.
WATERTOWN, SOUTH DAKOTA 57201
TELEPHONE (605) 886-5823
FAX (605) 653-1303

DAVID R. STRAIT
KATE M. BENSON
AMANDA M. THOLE
MITCHELL L. KOEHN

REBECCA MORLOCK REEVES
BROOKLYN M. MAILEY

January 14, 2025

RE:   Parkside Place LLC
      United States Bankruptcy Court, District of North Dakota
      Case No. 25-30003

To Whom it May Concern:

We represent Watertown Development Company in this matter.

Enclosed is a copy of a Notice of Appearance and Request for Notices.

Sincerely yours,

David R. Strait
david@austinlawsd.com

DRS/pn
Enc.
Cc:   Watertown Development Company (via email)