**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

**ORDER AUTHORIZING USE OF CASH COLLATERAL**

Debtors Generations on 1st, LLC, and Parkside Place, LLC, filed Motions for Leave to Use Cash Collateral (Docs. 12) and Motions to Expedite Relief, seeking a prompt hearing on their request for interim relief pending a final hearing. Creditor Red River State Bank filed an objection. Docs. 31. The Court held a preliminary hearing on January 16, 2025.

Debtors and Red River State Bank reached an agreement regarding use of cash collateral, and Debtors filed the Stipulation for Use of Cash Collateral on January 17, 2025. The Court received no objections to the Stipulation and no other objections to the motions.

Based upon the Motions, Parkside Place Receiver's Second Interim Report (Exhibit A) and Generations Receiver's Second Interim Report (Exhibit B), the budgets filed as exhibits to the Stipulation, the Stipulation, the parties' representations at the hearing and other pleadings filed in this case, the Court finds cause for granting Debtors' motions and approving the Stipulation.

2

**IT IS ORDERED:**

1. The Motions are granted as conditioned by the terms of the Stipulation for Use of Cash Collateral.

2. The Court is not bound by legal conclusions included in the Stipulation.

Dated: January 27, 2025.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT