**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| The Ruins, LLC, | ) | Bankruptcy No. 25-30004 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER REFERRING MATTER FOR MEDIATION**

IT IS ORDERED:

1. The above-referenced bankruptcy cases and Adversary Proceeding Nos. 25-7009 and 26-7003, which are related to them, are referred to Judge Kathy Surratt-States, Bankruptcy Judge, Eastern District of Missouri, for mediation only.

2. The parties shall appear and participate in mediation as ordered by the mediating judge.

Dated: March 4, 2026.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT