B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of North Dakota

In re Parkside Place, LLC, Case No. 25-30003

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Gavin/Solmonese LLC
Name of Transferee

Name and Address where notices to transferee should be sent:
Gavin/Solmonese LLC
1007 N. Orange St., 3rd Floor, Ste 314
Wilmington, DE 19801

Phone: 302-655-8997
Last Four Digits of Acct #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: ______
Last Four Digits of Acct #: ______

Red River State Bank
Name of Transferor

Court Claim # (if known): 1
Amount of Claim: $85,000.00
Date Claim Filed: 01/09/2025

Phone: 218-456-2187
Last Four Digits of Acct. #: ______ n/a

Per Stipulation at Doc. 572, $85,000 of the unsecured RRSB Deficiency Claim (as defined in the Plan at Doc. 550) is assigned to Gavin/ Solmonese LLC.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ted Gavin
Transferee/Transferee's Agent

Date: 10/23/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.