United States Bankruptcy Court
District of North Dakota

In re: Case No. 25-30003-skh
Parkside Place LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 2
Date Rcvd: Nov 01, 2026 Form ID: trc Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| 1109222 | Red River State Bank, c/o Caren W. Stanley, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| David R. Strait | on behalf of Creditor Watertown Development Company david@austinlawsd.com aphillips@austinlawsd.com |
| Douglas Murch | on behalf of Interested Party Jesse Craig dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |

Drew J. Hushka
on behalf of Creditor Red River State Bank dhushka@vogellaw.com lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka
on behalf of Defendant Red River State Bank dhushka@vogellaw.com lstanley@vogellaw.com,kjohnson@vogellaw.com

ERIK A. AHLGREN
on behalf of Counter-Defendant The Ruins LLC erik@ahlgrenlawoffice.net,
lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
on behalf of Plaintiff The Ruins LLC erik@ahlgrenlawoffice.net,
lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren
on behalf of Plaintiff The Ruins LLC erik@ahlgrenlawoffice.net,
trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren
on behalf of Counter-Defendant The Ruins LLC erik@ahlgrenlawoffice.net,
trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Jordan J Feist
on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com bailey.jacobsma@woodsfuller.com

Kesha Tanabe
on behalf of Creditor Red River State Bank ktanabe@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe
on behalf of Defendant Red River State Bank ktanabe@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig
on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Debtor Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil
on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee
USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 23

**2100 B (12/15)**

# United States Bankruptcy Court

District of North Dakota
Case No. 25-30003
Chapter 11

In re: Debtor(s) (including Name and Address)

Parkside Place LLC
1405 1st Ave N
P.O. Box 426
Fargo ND 58107

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/23/2026.

Name and Address of Alleged Transferor(s):

Claim No. 1: Red River State Bank, c/o Caren W. Stanley, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389

Name and Address of Transferee:

Gavin/Solmonese LLC
1007 N. Orange St.
3rd Floor, Ste 314
Wilmington, DE 19801

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/02/26

Sara E. Diaz
**CLERK OF THE COURT**